UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

        v.                                 Hon. Claire C. Cecchi

MATTHEW BRENT GOETTSCHE,      CRIMINAL NO.:  19-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

To the Clerk of this Court and all parties of record:

      Enter my appearance as counsel in the case for Jobadiah Sinclair Weeks.

      I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Courts since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court.

| See attached | See attached |
|---|---|
| Court(s) | Year(s) of Admission |

Date:  January 7, 2020

                                              Michael L. Yaeger
                                              CARLTON FIELDS
                                              405 Lexington Avenue, 36th Floor
                                              New York, NY 10174
                                              Telephone:  212.785.2577
                                              Facsimile:  212.785.5203

## COURT MEMBERSHIPS
## MICHAEL L. YAEGER

| Court | Date Admitted |
|---|---|
| New York State Bar (ID No. 4250304) | July 26, 2004 |
| U.S. Court of Appeals for the Third Circuit | July 17, 2005 |
| U.S. Court of Appeals for the Second Circuit | February 2, 2009 |
| U.S. District Court for the Southern District of New York | December 8, 2005 |
| U.S. District Court for the Eastern District of New York | February 25, 2016 |