UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA        :        Hon. Claire C. Cecchi

                v.              :        Crim. No. 19-877 (CCC)

MATTHEW BRENT GOETTSCHE,         :        NOTICE OF APPEARANCE
[REDACTED],
JOBADIAH SINCLAIR WEEKS,         :
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI            :


        PLEASE TAKE NOTICE that Craig Carpenito, United States

Attorney for the District of New Jersey, by Anthony Torntore

(anthony.torntore@usdoj.gov), Assistant U.S. Attorney, is appearing for the

United States of America in the above-captioned matter.


                          CRAIG CARPENITO
                          United States Attorney


                          By:  ANTHONY TORNTORE
                          Assistant U.S. Attorney

Dated:    January 14, 2020