# USA Exhibit C

WALLET    DATA    API    ABOUT    BLOCK, HASH, TRANSACTION, ETC.    GET A FREE WALLET

# Bitcoin Address
Addresses are identifiers which you use to send bitcoins to another person.

## Summary
| | |
|---|---|
| Address | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp |
| Hash 160 | c34a77bad0fe866e506d3572e86ec76c903424af |
| Tools | Related Tags - Unspent Outputs |

## Transactions
| | |
|---|---|
| No. Transactions | 426 |
| Total Received | $ 560,354,317.53 |
| Final Balance | $ 3,647,451.13 |

Request Payment    Donation Button

## Transactions (Oldest First)

Filter ▾

a36c4086e15abce00a97649eb4b7f9dd5ccee4ff193b43d54cb8375009ee6c1e

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp
1KQEWCFUHLor6xUvWNdT8LnKfqKxB8dhbU

2017-04-16 09:39:13
$ 4,249.38
$ 148,429.70
$ -146,441.63


Simple. Seamless. Secure.
Use your Blockchain wallet to buy bitcoin now.
GET STARTED
● BLOCKCHAIN

00d84b8d5a529469ce47db38dfda3fd30b0cd2b297468acb48166b257cfd25e9

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp
3NAJZWfdwF3ZAkocQ3QRvBLYGp9wyhWjY1

2017-04-16 00:09:47
$ 21,866.88
$ 89,022.20
$ -89,026.22

d76af61cd65673600f89c02a146a46e239c8d20c6cb03c16119901b97de7e763

1NMnjGnnwhuTWCjmMeyEDakPf5AbXcrHSx ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

2017-04-14 01:31:45
$ 45,246.45
$ 45,246.45

97d0cddb7532f75c96cd8018ea93474f088fcd5664497bbdb06ca917c58eb093

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1YVxPsb1d8BLwkjYmbgzSY66YMXUPPXSU
1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

2017-04-13 13:34:49
$ 62.36
$ 110,893.11
$ -66.39

a78ab0106e249ed8f1ff0149583c00913e9ba106e0df15bbbc7117fd7261d559

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 34WycHcWDGwC1v78vBQvKaajMEBWtAne9j
1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

2017-04-11 06:07:27
$ 67,152.12
$ 110,959.50
$ -67,156.14

fa4708af47e13e152d71409e28e7229a5e285ff23bfc3a7f2dc0c173db7ec425

2017-04-08 00:05:04

1BJDEXndHFxPFVcXnuuy8xGAZy42RGr4ZV ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

$ 12,466.17

$ 12,466.17

c635d42d6e5e4f5b965e254408cbaf2ee6ff1dfd0824421ed7d55e2dc80c0557

2017-04-05 16:26:11

387h2zkAnHJTG5TzEGrZqUmFdUimn4nHz4
33B84WczJLwCUuc6vTm96xYgHcHykcYbe5
31j8udtfVhGzi2XFxpEJ99cFrrm5K9JNga
39W4WpR9NutYSthuiXSQa316pX5uPNPaTf
37LrkL4quaJTxSKaz1uE7fXsZycFkyGZRa
3KfQfkN8AwtGfg7c4GwqtWEmuBR1sdnqDs
3KX2e5Qi18Jht2cK7PPmBsVMoTTWA7m3SM
39mWHJ7fNZKksrWerbV4TW4z6LBgvmjBF2
33LSyoTznUXEg2ubGAJjwuXnSGwZqaccGT
39hw1WCevueGBhq6rJDYvRu4GJagBmbAa7
3MuJYo3Ac2pzZmNDxv7MhX7SG5PpqZFa2g
3DJ7kr28uVSG92KXeisdkB84YWUPjSwktr
3GfcmLHArB62daHsLMbdPE664kyoygboyo
3KtxwXzNGtYth1dWuKZoGWRZtvEeme8aYK
⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

$ 33,073.11

$ 33,073.11

ac1f8a7feb63869cf0fc312dc14d434c34b5dd7b6ccce5075808e171813950d4

2017-04-05 10:08:55

1BRzNw1xgLHMjDfDCGGnS44e7MQmeNnSLf ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

$ 178,115.64

$ 178,115.64

80237811a1f5d51f5e8cfcc54da619be42b9c9e9f0d88543fc31ad0d0a72d361

2017-04-03 14:09:19

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp
1KeTkMkHWJukHemUcfcizPt14UsxsCsQ5h

$ 40,194.75
$ 89,057.82

$ -89,061.86

744c84c5847a7cb39fea8bf1cfdbdbba94f86461000b77f83fe24dbef1a63368

2017-04-02 20:39:33

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 3NAJZWfdwF3ZAkocQ3QRvBLYGp9wyhWjY1
1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

$ 16,983.14
$ 129,256.59

$ -16,987.17

2b97a6837f30a2496f1d7860231387eb2bd936d4f9d8ef573732e48654479d5e

2017-04-02 16:56:36

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp
3QYZTZzzCzAAo1FsrPTQWorKcCtxhjUxgY

$ 146,243.76
$ 1,464,110.56

$ -1,464,114.59

52784497d68d010f71da74ae34f5527b404ac49a9a195e55fc4f167e12003382

2017-04-02 16:52:06

18yRgSDFV2H1LnAGTniy7btTgPdfTdfQ9Z ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp

$ 1,610,358.34

$ 1,610,358.34

16ace899e4e29d44a24ef5bb409cc190e3e15fce07b27995cbf118820165b402

2017-04-01 00:01:23

| From | | To | Amount |
|---|---|---|---|
| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>3NAJZWfdwF3ZAkocQ3QRvBLYGp9wyhWjY1 | $ 34,176.72<br>$ 61,295.62 |

$ -61,302.28

---

a870ca9b2a9818069f958dfab487abe53b7d65a6dea30e57f7228cc7feec20b4 — 2017-03-29 01:19:17

| 1n97sivAxrSsBpJ6H4HYwm4WB1xbG8BoQ | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 148.43 |

$ 148.43

---

fffe90107399335010e0d59805351b905441afbdc5fac7433742568578e6dcdc — 2017-03-28 15:01:15

| 1ByzorNgJjDCrtpgN65mUrKAJ1ternioGzZ | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 50,828.22 |

$ 50,823.22

---

851889f6043220f5aca10fd9e3af186386a27bfd2b9cbd836f1dcdf0d4eecb5d — 2017-03-26 22:13:47

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1DaaHnfw5MKHD5QeEyZ8zyrcUaDjL7qkb4<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 4,664.54<br>$ 44,650.77 |

$ -4,668.56

---

a4e333ceaa433e9f75f5e7f16355926301d4d647108f8f2942e99943637cadc5 — 2017-03-26 22:00:43

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1DaaHnfw5MKHD5QeEyZ8zyrcUaDjL7qkb4 | $ 49,319.34<br>$ 93,769.78 |

$ -93,776.44

---

c3c985ad61b0e0646f154cf441f94b9c31e646b84a5586aca5c2942d413f9a23 — 2017-03-25 18:58:35

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1MqLNFv1jorZPwv6qAdvUTaV7DB4e1LZw3 | $ 73,911.33<br>$ 3,710,742.50 |

$ -3,710,740.16

---

7da800ec326b72f233ad17f5ae96284025038da7d8357eb61b6dbbefe78a36e1 — 2017-03-24 16:07:11

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>3QYZTZzzCzAAo1FsrPTQWorKcCtxhjUxgY | $ 2,166,925.19<br>$ 70,251,777.01 |

$ -70,251,925.44

---

302c6b7efbb4fe66dd9b1feea5f4951a3843c5bc576036ebee7f62ddece59d9b — 2017-03-24 16:03:39

| 13HV7vGQPCVqQpzdT7Bbr1yzop87kdBs9j<br>1QG2ktYxC59uriUgWngwfnynFpEUr9yVRL<br>19ofcmzXLPWk4t4txcPgCzB2yBp5SbPPqe<br>1g7Sq7Ht6hY48Xq3VnJvH1CVVwsQyuCTv<br>1ATLxxvGAZxBsmHUitNiBYLS1hbfvAkDBF<br>1JXUtTTkKi2TC4QXh5HGAwM4g5D6rZL9zB | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 63,082,622.50 |

$ 63,082,622.50

---

139940bb1ebfca42c767ad61886eb4d2d004ae337b101e667a5343641b6e9cbc — 2017-03-24 16:03:02

| 1LMB1Jkz4nY61L1CdHPP6czZRZHJxXSFZm | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 9,336,228.13 |

1Gwc6w1abLeuPZSHV9ykP8HNvX94MmLdZF

$ 9,330,225.19

---

adc302b760201fe22b80b7068b51df4e33c19ba7b1737acf918b04e5017caa28 | | | 2017-03-23 08:20:19

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 1,617,735.30
3QYZTZzzCzAAo1FsrPTQWorKcCtxhjUxgY    $ 52,262,097.37

$ -52,262,245.80

---

f78bf0c5131029f9ca6c1711453b7ef675936bfdd7e9fc143fea4501056afacf | | | 2017-03-23 04:08:00

18RzCiguLWTEHkUoQqHp8cFMABiP5tgzhv ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 9,351,071.10

$ 9,351,071.10

---

948174b750af186544c4afe364eac47653323f0b37a8a131df1968c4eb88e20c | | | 2017-03-23 04:05:02

155fzsEBHy9Ri2bMQ8uuuR3tv1YzcDywd4 ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 44,528,910.00

$ 44,528,910.00

---

febb91563080a382cf37848c58f0a675be2123f9439936563627bf6031048329 | | | 2017-03-21 05:26:50

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 907.33
1Dbnz9uqikgWfcNkza44dvSNx6PU7inR6k    $ 68,838.73

$ -68,842.75

---

a846b07621319b838d15a95400f9da23e6a9bbdf3b01d6697e6e825fd80f4488 | | | 2017-03-21 05:23:43

1LFgwKZ8J69Qm2N2K9bmhCHJykdev8f3F1 ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 69,184.45

$ 69,184.45

---

7b235805f9ae2501f89f18c207586ea6c939f2cbb1e7c15c894c379c855ca705 | | | 2017-03-21 04:14:20

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 8,491.03
1Dbnz9uqikgWfcNkza44dvSNx6PU7inR6k    $ 70,012.81

$ -70,016.83

---

018b9d4dd4b6fb9ebf96c22a46153cec34b6576d72b7a05b9c96da6cea91cd55 | | | 2017-03-21 04:07:56

128vVHJxPNZ4hQ3DtRfkqkEU1XXFi4onHn ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 69,750.08

$ 69,750.08

---

43e1c79fe92a040a8391435eb646de8f082d9db0cae0f88f18ac71ec3a3f5c56 | | | 2017-03-21 03:54:25

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1Dbnz9uqikgWfcNkza44dvSNx6PU7inR6k    $ 69,917.81
1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 78,507.86

$ -69,921.84

---

627cc1d75d36a854581005f0e061df3c3b59bb6fc197e52b01f9615f5ec58444 | | | 2017-03-21 02:08:08

| | | | |
|---|---|---|---|
| 1LHzXRqiqukAesq7fGmPanLa7HzkKsKdHK<br>1NvHagjuK9drjpp1yBER7yjtrhFf8o3qK3 | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 148,429.70 |
| | | | $ 148,429.70 |

5fb540b6ca09a2dcad21ca67a5cf881090b7722bb009cf62d58668e2cc7de7a8

2017-03-18 12:59:02

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1MZJbNSPYVkfBhpJRm86hA53bPYgFqQjnS | $ 1,173.25<br>$ 56,930.95 |
|---|---|---|---|
| | | | $ -56,956.07 |

c59623e61ac0f10c80899ce2d7dc673946419d830e1496d1aeca26ef067fb334

2017-03-17 02:28:55

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1Amb5tmPSxZaSumGoLfkC5peUboo9SuZuY<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 5,214.17<br>$ 6,056.03 |
|---|---|---|---|
| | | | $ -5,218.20 |

0354a11ae998868f665f8ac025e5e1765824eddc89e2fb5d070f14233fb3698e

2017-03-16 00:42:25

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1TqPBtRjzV1P22DDR9oaoxZE6bTQT4yEL | $ 11,274.22<br>$ 74,214.85 |
|---|---|---|---|
| | | | $ -74,232.06 |

8de58d31bb248f9d9e34c654dbc929e754ae1f09c651cbec600039a798cbcd1f

2017-03-15 08:11:24

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1Bo7hVSV79WVUYKU41n5evGdVj6aXkrrye | $ 14,836.31<br>$ 14,842.97 |
|---|---|---|---|
| | | | $ -14,849.63 |

9393ebb65734231969a6c9b93b49042f0f1aed96a9e0255f151909cb5133a6c1

2017-03-12 23:57:24

| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>34sw7rr5ww6w88gS7mRYQpQH8aVuhEcU8m | $ 9,565.67<br>$ 48,423.71 |
|---|---|---|---|
| | | | $ -48,433.00 |

744b4938473f3d90db96a891605bd1cf3cecbded1b9c65ce5cacbb15f91ef5bc

2017-03-12 18:31:58

| 1LGNJ1GEuZ7YXxG6h8fcaaaR7PB31yJdEU | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 7,228.78 |
|---|---|---|---|
| | | | $ 7,228.78 |

d9112941 0ecdbb279e556caa7a581218800d89ff72f2d41a61bab22fe6578381

2017-03-10 18:28:42

| 14ULuz2p72H7d2ykwYjPf4LJxrfMinPMag | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 26,717.35 |
|---|---|---|---|
| | | | $ 26,717.35 |

ddfddcaf860a4389092f6502f4d2aa9cc53b7dee110d5c312ff565e525b129af

2017-03-10 18:17:46

| 31xfDjuVme9yo6ZJSX2wuiRTA1NGLbSiYf | ➡ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 14,842.97 |
|---|---|---|---|
| | | | $ 14,842.97 |

| Hash | From | To | Date | Amount |
|---|---|---|---|---|
| f291b167454cd2f05519c21acf2075eeaf862f528ee1749aef4f483d0bcfe933 | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>162A61bi2kfWBMYVgvLmWwwh8i9KyLk5Ax | 2017-03-09 18:15:12 | $ 9,528.93<br>$ 14,842.97<br>$ -14,847.00 |
| 693114aeec012c251093e224a9f8cebb9318f14b4ac995509e418c8060d4698c | 1GjDMknMyF34o22uiuE28q8NcWax33SbfN | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | 2017-03-05 20:48:35 | $ 24,375.93<br>$ 24,375.93 |
| 66c20e3f8922ed1915efe9e37d37c2a0fe5f0ead58a9912fde176d64f2beb361 | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1Q1Mzrh2pNcqen6hJSDiThM2X9Neatgms5 | 2017-03-03 02:37:42 | $ 3,851.12<br>$ 742,148.50<br>$ -742,152.53 |
| 8aaa1eb4f46f4c7a698affafdf986659d5ceda2b071f2bd80e5a8940ae121288 | 12m1uaVfoiUfV9ZkUjPhVj1b9tgzyUyqtH | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | 2017-02-28 16:39:17 | $ 14,842.97<br>$ 14,842.97 |
| 1cc5c22a8ef2f4aaddf3cefc7e8e0ef2ee70ec74fd8cd1d658f5c019cbdbf459 | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>12Hox9BK7spPSznaLmayAok83HPT68HkYv | 2017-02-24 16:29:20 | $ 746,003.65<br>$ 1,744,642.69<br>$ -1,744,646.72 |
| 49523c38b1d46b3dbd0b21662c33cc8511508f6a7687d886354e6ce90ea79e84 | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ 1KQEWCFUHLor6xUvWNdT8LnKfqKxB8dhbU<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | 2017-02-21 05:44:45 | $ 742,148.50<br>$ 2,490,650.37<br>$ -742,206.93 |
| 3232fc23b226fef31e6191f9c2df3ef0ce945db1d73c7340346cea34c9e9abb6 | 3MGGF4CmZ1i5QBjyAPmFxq8PnpyRDTTdRD | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | 2017-02-20 07:27:19 | $ 14,842.97<br>$ 14,842.97 |
| 48a818fc37b58c3d6b0ca732774d437d7c7b10d6089bd806acaef278aef1562f | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>3QYZTZzzCzAAo1FsrPTQWorKcCtxhjUxgY | 2017-02-18 10:11:11 | $ 3,232,947.30<br>$ 105,497,299.85<br>$ -105,497,448.28 |
| 043bf717b0c04085933a4cf5d119e413eee43dc6ddb8aa958489360431de4f95 | 15bXAER1E5S4PA2dM1H9BtY7HXyZj2E4yB | ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | 2017-02-18 09:58:59 | $ 19,702,261.52<br>$ 19,702,261.52 |

| | | | |
|---|---|---|---|
| 8fcb370b3fb6b446d4358ec85560bc109adce880a16299f1bd52a577b17e50a2 | | | 2017-02-18 09:57:54 |
| 1575APedWYGYWm5YWGJYh552eZ1QiES2Pb | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 14,842.97 |
| | | | $ 14,842.97 |
| 44c9393df78901247c7a9a747b3911e327b5e976cdb0e02e76bc32a259866a22 | | | 2017-02-18 09:56:11 |
| 1P5XcSui7o6774ixg6NaPbQ8onFLHGipW8 | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 89,028,134.06 |
| | | | $ 89,028,134.06 |
| 266a38311736e3066005560179d244eba2e93b8d25040f4e722728df4cbaa2a3 | | | 2017-02-18 09:53:58 |
| 14zxfmNjisgCRrGDSNjJvsjzdXQsaJib1r 136sCKbbjBc5QposRSfgbscDMaJN1sh9gC | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 14,842.97 |
| | | | $ 14,842.97 |

← Previous  1  2  3  4  5  6  7  [8]  9  Next →

**BLOCKCHAIN**

| PRODUCTS | | COMPANY | | SUPPORT | |
|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | |
| API | CHARTS | TEAM | BLOG | TUTORIALS | |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | |
| THUNDER | STATS | INTERVIEWING | | STATUS | |
| RESEARCH | | FAQ | | | |

ENGLISH ⌄
U.S. DOLLAR ⌄
ADVANCED VIEW: ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   PRIVACY   TERMS   LAW ENFORCEMENT GUIDE   ADVERTISE

WALLET    DATA    API    ABOUT    BLOCK, HASH, TRANSACTION, ETC.    GET A FREE WALLET

# Bitcoin Address
Addresses are identifiers which you use to send bitcoins to another person.

## Summary
| | |
|---|---|
| Address | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp |
| Hash 160 | c34a77bad0fe866e506d3572e86ec76c903424af |
| Tools | Related Tags - Unspent Outputs |

## Transactions
| | |
|---|---|
| No. Transactions | 426 |
| Total Received | $ 561,656,389.86 |
| Final Balance | $ 3,655,926.56 |

Request Payment    Donation Button

## Transactions (Oldest First)

Filter ▾

03b818225bf673f3661f578209f56474be656d8b0f8c719c55f528446be6eca6    2017-02-18 02:36:31

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 11,446.23
3QYZTZzzCzAAo1FsrPTQWorKcCtxhjUxgY    $ 14,877.46

$ -14,879.65


Bitcoin has been the best performing currency 3 of the last 4 years.
BUY YOURS NOW

BLOCKCHAIN

1654995b8913d6f74aead5aa106b15faa5e2b461811a4743ac6d660323cb877f    2017-02-15 00:34:09

1LPNV9vyxou4YkXh7C7Zo7RSp4fawZtRP7 ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 14,755.58

$ 14,755.58

336d83ab4a6d52726b0c4d67b067f22b30ca1e9c8a1ab41a7a850516b06a1309    2017-02-11 23:48:01

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 26,325.87
1JzExhcpjrdMwWk7RdQYg1c27q3Yyp2Hub    $ 109,825,409.72

$ -109,825,414.77

c2af5b10c3c9f07906626a9f13fb9ac0b6058b344cf8054b2ca736d1b4c6a703    2017-02-11 23:47:07

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ➡ 1JzExhcpjrdMwWk7RdQYg1c27q3Yyp2Hub    $ 14,877.46
1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 42,247,074.65

$ -14,879.65

e8dac66bcd1b8477a7f1e30adcb9c24f464cd0563c501f63ec412012eb7836c1    2017-02-08 17:02:51

155fzsEBHy9Ri2bMQ8uuuR3tv1YzcDywd4 ➡ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp    $ 25,342,711.69

$ 25,342,711.69

5e88481ff30b9024dc128c6efc5a0980edd16e0f512f3f53ce397c203dce0a50    2017-02-08 17:01:47

| | | | |
|---|---|---|---|
| | 155fzsEBHy9Ri2bMQ8uuuR3tv1YzcDywd4 | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 42,261,954.30 |
| | | | | $ 42,261,954.30 |
| 0bdcbee51e0b540f2c1327055bf15cdea8b5c568c428762cbb9df51122569b97 | | | | 2017-02-08 17:00:19 |
| | 155fzsEBHy9Ri2bMQ8uuuR3tv1YzcDywd4 | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 42,261,954.30 |
| | | | | $ 42,261,954.30 |
| 5c54475fea0ece7f51947aef4ad6a20c19b20691898095112a35ecdc5dba3e6bc | | | | 2017-02-07 07:25:32 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 1QCUTJqYtbQAkcj8LJYJ2XpXsnxdZ4e2fS | $ 713.12 |
| | | | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 15,437.90 |
| | | | | $ -715.91 |
| 53857b85aa1688ffde6fd6c0a7b3ee7480f4ffaa5a4e0269495c727334ba2c8b | | | | 2017-02-02 19:54:14 |
| | 19JjWPJVhFYpSRDCWJ7tZZDqKRs1o4G3hf | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 1,484.81 |
| | | | | $ 1,484.81 |
| 35136de08d71d0e2aeff7f75dbfd2019e693fe478941212298ebe276bd67dbe1 | | | | 2017-01-31 07:00:41 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 15,916.12 |
| | | | 1MZJbNSPYVkfBhpJRm86hA53bPYgFqQjnS | $ 16,152.51 |
| | | | | $ -16,154.69 |
| 86365dc9bfbe21834b5d7c0157cfe7ce752477300dc795524a1f4a3e06a4a2c7 | | | | 2017-01-31 06:56:22 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 1MZJbNSPYVkfBhpJRm86hA53bPYgFqQjnS | $ 16.16 |
| | | | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 32,070.81 |
| | | | | $ -18.35 |
| d644addff4c6262ccbe718815446ac7b5ed8096c048e7ce3d3a3e75639ae721f | | | | 2017-01-27 19:01:37 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 1H9Jop1CPTDGFHbg9fosZVJnyB8zkRLWF7 | $ 80.87 |
| | | | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 32,089.16 |
| | | | | $ -83.06 |
| 3593745e57ad884fb8d214278720d89f2518cbe937d649ffe5ca448b2ef45b30 | | | | 2017-01-27 11:06:52 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 14KoBUiPsnuSZTY9Zn76QgCgXxBRgi52Ej | $ 81.18 |
| | | | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 32,172.21 |
| | | | | $ -83.37 |
| f7be067f42fa08618a66bf95d10e8c0aaec1bde20e3f93115054d6e779904fbb | | | | 2017-01-23 14:50:56 |
| | 1ASAqmKQhBxoQaFtxWjAJxKfqfDu95PinK | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 16,153.20 |
| | | | | $ 16,153.20 |

f63eeac3510141e087a3709657855510f7c4c91d212dd748ebb951e336d23818

2017-01-20 21:39:36

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 13QnvUWpzMWMUvBZX5gMm1XA1yhi1giycf    $ 431.45
                                     1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp  $ 32,255.58

$ -433.63

f06fed6d864b690431387159b415a733dbfe1c3bda7a98e68e76a634699b81cf

2017-01-20 21:31:01

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1P4TtsdgnGe6Esosc3BJYNbZmopGvvJ5Lb    $ 513.01
                                     1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp  $ 32,689.21

$ -515.20

7795e03c820b7e71a8507188dc9aa5158d83eda7e8f2e02fd58418893ebe2164

2017-01-20 16:38:49

1NY53RFqRyrJNe6UkB53yaJSpDfK76pHdT ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp  $ 33,204.41

$ 33,204.41

4cd5b1340dd78b3c3a5eb210451db83632b3f2cb79bf4ad87b3e46d1e62f5936

2017-01-17 07:00:12

1CFHzNFzSDsyQxdxyH9DcRoELijUJfbbNm ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp   $ 8,584.90

$ 8,584.90

13b44a9a6f2ae29f54c6927f7f77465932d6c257878b4b5515dfb7155198850b

2017-01-17 06:43:29

17pstrFS6LGfbwG5Sz2Tw5XrCpgBj2hDvc ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp  $ 10,336.47

$ 10,336.47

d43105e753ba68ea4b1a264033ef2265652f0dda2597d4cb52baf430424535b0

2017-01-06 20:56:56

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp   $ 1,543.50
                                     1KQEWCFUHLor6xUvWNdT8LnKfqKxB8dhbU   $ 8,334.58

$ -8,336.78

8465a98d72562e8afbfbdee7ca74eecea42e10df3ce19415eadb5be812dd4532

2017-01-06 04:56:27

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1Q81sk19HTRBD4A9pB14b4NaBvi2W1pKw2     $ 15.34
                                     1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp   $ 9,880.26

$ -17.53

e3fb783c77e1ab29779f5405be88491068e01ad04540f474ff8d0c8aaf34797a

2017-01-04 06:36:51

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 146cSZLLjQi8am277M5Ai2abfk3zx7wToA   $ 1,413.36
                                     1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp   $ 9,897.79

$ -1,415.54

9e4c1b1f91d2dd251aea2c585597603eddc68209fde4c4391e34d29a04bd81ba

2017-01-04 00:22:49

1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp ⇒ 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp  $ 11,313.33
                                     12c5dCqvFCW48zb7AsSqSGbwvhExtmsNnc  $ 14,877.46

$ -14,879.65

| | | | |
|---|---|---|---|
| ec6f36bca9c95ce5a292552f0d43e0ef3bfc507b1ba2a60d281c32495e0c5464 | | | 2017-01-02 01:47:15 |
| 1B6x2TazUcTYqo7MskhNGHnfEzjhno6n5A | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 26,192.97 |
| | | | $ 26,192.97 |
| 844695667cfe685af162fea2289bd3203bad88424bc040db1648109fe3ef7919 | | | 2016-10-04 06:23:25 |
| 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | ⇒ | 16KME8gFWZwxgrLAJWqcMBjnEixx6TFQTR | $ 146.93 |
| | | | $ -148.77 |
| f68cb1ba09d097786fcf710eb24a08973e3b9f2a2006fd4c19adaf5cad68473b | | | 2016-08-19 00:25:34 |
| 19K3u3JcELD5ADoJr54ofBkbEz3AFNj7dP | ⇒ | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp | $ 148.77 |
| | | | $ 148.77 |

← Previous   1   2   3   4   5   6   7   8   **9**   Next →

### BLOCKCHAIN

| PRODUCTS | | COMPANY | | SUPPORT | |
|---|---|---|---|---|---|
| WALLET | EXPLORER | ABOUT | PRESS | HELP CENTER | |
| API | CHARTS | TEAM | BLOG | TUTORIALS | |
| BUSINESS | MARKETS | CAREERS | | LEARNING PORTAL | |
| THUNDER | STATS | INTERVIEWING | | STATUS | |
| RESEARCH | | FAQ | | | |

ENGLISH ⌄
U.S. DOLLAR ⌄
ADVANCED VIEW: ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   PRIVACY   TERMS   LAW ENFORCEMENT GUIDE   ADVERTISE