UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Hon. Claire C. Cecchi |
| MATTHEW BRENT GOETTSCHE, [DEFENDANT TWO REDACTED], JOBADIAH SINCLAIR WEEKS, JOSEPH FRANK ABEL, and SILVIU CATALIN BALACI | CRIMINAL NO.: 19-cr-877-CCC |

**DEFENDANT JOBADIAH SINCLAIR WEEKS'** *UNOPPOSED* **MOTION FOR LEAVE TO REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANT WEEKS' MOTION TO REVOKE PRETRIAL DETENTION, REQUEST FOR ENLARGEMENT OF PAGE LIMIT, AND INCORPORATED MEMORANDUM OF LAW**

Pursuant to Local Rule 7.1(d)(3), Defendant Jobadiah Sinclair Weeks moves for leave to file a Reply of no more than 20 pages to the Government's Opposition to Defendant Weeks' Motion to Revoke Pretrial Detention ("Opposition"). (D.E. 24). The Reply will rebut new evidence presented in the Opposition and aid the Court in the resolution of Mr. Weeks' pending Motion for Revocation of Pretrial Detention Order. (D.E. 12). The Government does not oppose this motion.

A Reply is necessary for two reasons. First, Mr. Weeks filed a 15-page motion to revoke his pretrial detention order. The Government filed a 32-page Opposition. A Reply of no more than 20 pages will offer the parties close to the same number of pages to support their respective positions regarding pretrial release.

Second, the Government offers evidence in the Opposition not raised in the original proceeding. For example, the Government offers approximately 12 pages and two exhibits of

additional evidence, including emails and messages related to Mr. Weeks' perceived role in the charged offenses.  A Reply provides the appropriate opportunity for Mr. Weeks to respond to this new evidence.

For the foregoing reasons, Mr. Weeks respectfully files this unopposed motion for leave to file a Reply of no more than 20 pages to address the Opposition, and for such other relief as the Court deems proper.  The Reply will be filed at least seven days prior to the motion day, currently scheduled for February 10, 2020 at 2:00 PM.

| | |
|---|---|
| DATED:  January 24, 2020 | CARLTON FIELDS |
| | |
| | */s/ Simon Gaugush*  |
| | Simon Gaugush, Esq. |
| | Michael L. Yaeger, Esq. |
| | Andrew M. Hinkes, Esq. |
| | Adam P. Schwartz, Esq. |
| | Attorney ID No. 018351995 |
| | CARLTON FIELDS |
| | 4221 W. Boy Scout Blvd., Ste. 1000 |
| | Tampa, FL  33607 |
| | Telephone: 813.223.7000 (Fla.) |
| | Facsimile:  813.229.4133 (Fla.) |
| | |
| | and |
| | |
| | 180 Park Avenue, Ste. 106 |
| | Florham Park, NJ  07932-1054 |
| | Telephone: 973.828.2600 |
| | Facsimile:  973.828.2601 |
| | |
| | *Counsel for Defendant Jobadiah Sinclair Weeks* |

120880480.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

                                                                */s/ Simon Gaugush*