# EXHIBIT C

**MATTHEW GOETTSCHE**
**2650 Lawrence Court**
**Lafayette, CO. 80026**

December 12, 2019

**VIA ELECTRONIC MAIL**
The Citizenship by Investment Unit
Office of the Prime Minister
1st Floor, Ministry of Finance Building
P.O. Box 597, Golden Rock, St. Kitts, West Indies

RE: Matthew Goettsche's Application for Citizenship

To Whom it May Concern:

I have previously applied for citizenship in St. Kitt's. I have not completed the application process.

The purpose of this letter is to inform you that I am withdrawing my application for citizenship, and asking that you take no further action with respect to processing or reviewing my application.

If you have any questions, please contact my attorney Patrick Ridley at (303) 629-9700.

Sincerely,

*[signature]*

Matthew Goettsche