# EXHIBIT T

**Monday, February 10, 2020**                                          **VREF Copyright 2020**
*Prepared By: Byerly Aviation*                                          *Prepared For: Ed Page*




# 1978 TWIN COMMANDER 690B

REGISTRATION#: N420LW

SERIAL#: 11455

AIRFRAME TOTAL TIME (AFTT): 6021

SINCE MAJOR OVERHAUL(SMOH)

   SMOH - ENGINE#1: 775

   SMOH - ENGINE#2: 775

| ADD-ONS/MODS | $RETAIL | $WHOLESALE |
|---|---|---|
| Freon Air | 40,000 | 28,000 |
| Wide Chord Hartzells | 35,000 | 24,500 |
| Garmin GTN 750 | 17,200 | 12,040 |
| Garmin GTN 750 | 17,200 | 12,040 |
| G600 | 12,498 | 8,749 |
| Winglets | 5,000 | 3,500 |
| Missing Logs | -50,000 | -45,000 |

## SUMMARY

| VALUE ITEM | $RETAIL | $WHOLESALE |
|---|---|---|
| BASIC PRICE | 515,000 | 435,690 |
| ADDS/DEDUCTS | 76,898 | 43,829 |
| AIRFRAME | 18,632 | 18,632 |
| ENGINE(S) | 308,000 | 308,000 |
| CONDITION | 53,560 | 37,492 |
| **TOTAL:** | **$972,090** | **$843,643** |

**Monday, February 10, 2020**

**VREF Copyright 2020**

*Prepared By: Byerly Aviation*

*Prepared For: Ed Page*

## COMMENTS

### RETAIL PERCENT CHANGE

| | |
|---|---|
| Change Last Quarter: | 0% |
| Change Last 12 Months: | 0.98% |
| Change Since New: | -39.84% |
| Price When New: | $856,000 |

### BASE PRICE INCLUDES

Dual avionics, 2700 SOH, 900 SHS, TAWS B, 7 or better P&I, ADS-B, NDH.

### PERFORMANCE & SPECS

| | |
|---|---|
| Config | Twn trboprp |
| Mx sts | 10 |
| Cruise (B) | 283 kts |
| Mx T.O. wt | 10,325 lbs |
| Range | 1454 nm |
| T.O. (50ft) | 2259 ft |
| Lndng (50ft) | 2100 ft |
| Wing span | 46ft 8in |
| Length | 44ft 4in |
| Height | 14ft 11in |

### MARKET DATA & RECENT ADS

Prices assume SBs 236, 237, 238, 239 & 241 are done. 542 were built. Check corrosion and spar crack ADs. CK144 spar replacement can have added value. Renaissance airplanes can have added value depending on age. An authorized service facility based refurbishment such as Eagle Creek`s Radome to Tailcone can add $250k to value. ADs = 09-10-14 prop; 09-17-05 1st stage turbine; 09-25-02 eng mount/wing skins; 11-18-51 shaft bearing; 12-02-06 turbine disk; 13-09-05 frame cracks; 15-12-04 FCU; 15-18-03 prop shaft, 16-18-17 compressor, 16-21-07 FCU; 18-02-14 combustion chamber case assembly; 18-13-05 fuel control gears; 18-17-15 combustion chamber crack.

Demand Rating: B

**ENGINE**
Honeywell 717shp TBO 5400
TPE331-5-251K

Average Overhaul $275,000

**IMPORTANT NOTE**
Prices depicted in Vref are averages based on the marketplace from the previous quarter. These average prices may not represent a specific serial number. Each serial number is unique. Prices can vary widely due to time, condition, maintenance history and equipment.



1978 TWIN COMMANDER 690B

**Gaugush, Simon A.**

| | |
|---|---|
| **From:** | Ryan Grenhoff <rgrenhoff@byerlyaviation.com> |
| **Sent:** | Monday, February 10, 2020 4:46 PM |
| **To:** | Page, Edward J.; jobyweeks@gmail.com |
| **Cc:** | 'Tim McKune'; swelch@byerlyaviation.com |
| **Subject:** | N420LW work&schedule |
| **Attachments:** | N420LWtimelife.pdf; N420LWquote.pdf |

Ed & Joby,
I have included a copy of the time life sheets, and the worst case scenario quote. Right now the aircraft is in an un-airworthy condition, the batteries are removed and stored in our battery room. The starter/generators (used to start the engines) are also removed and in storage. The cockpit overhead panels are down, and wiring exposed for future work in that area. Seats are not attached just sitting in the aircraft with some removed equipment, and most panels are just installed with a few screws to free up our interior and cowling carts. The aircraft is locked and the key is stored in our possession. The earliest we can get back on the aircraft is March 23, 2020 and will need about 4 weeks to complete all discrepancies. Our completion date would be around April 17, 2020. If you want the aircraft to leave on a "ferry flight", we would need around 60 hours of labor, several misc. discrepancies to get the aircraft put back together, and final engine runs. Once we  received approvals, and have 75% down on parts and labor, we can get you worked back into the schedule. If you have any questions or concerns feel free to give me a call. Thanks.

*Ryan Grenhoff*
*Director of Maintenance*
*rgrenhoff@byerlyaviation.com*



*6100 EM Dirksen Pkwy*
*Peoria, IL 61607   USA*
*P:(309)697-6300*
*C:(309)370-3487*
*F:(309)697-9663*
Need parts for your **Cirrus, Mooney,** or **Twin Commander**? Contact us today for a quote!

1

































