# EXHIBIT W



Iceland Facility



Iceland Facility



**Iceland Facility**



**Iceland Facility**



**Iceland Facility**



**Iceland Facility**





Iceland Facility

Iceland Facility





**Iceland Facility**



Iceland Facility