# EXHIBIT Y

First American Title Insurance Company
1125 17th Street, Suite 500
Denver, CO 80202
Telephone (303) 305-1300



## OWNERSHIP & ENCUMBRANCE REPORT

| To:  Teresa | From:  Customer Service |
|---|---|
| | Direct:  (303) 305-1300 |
| | Email:  O&E@FirstAm.com |
| | Order Number:  11815366 |
| Email:  tjimenez@carltonfields.com | |
| Loan Number: | |

**Date of Records:  January 16, 2020**                    **Date of Report:  January 24, 2020**

Address:  11627 W 74th Way Arvada, CO 80005

Current Owner:  7467 W 67TH AVE LP

County:   JEFFERSON

LEGAL DESCRIPTION:

Lot 2, Block 2, Harvest Lane, County of Jefferson, State of Colorado.

DOCUMENTS OF RECORD:

### Vesting Documents:

• Quit Claim Deed recorded September 11, 2015 at Reception No. 2015097241.

• Quit Claim Deed recorded November 5, 2013 at Reception No. 2013131969.

• Quit Claim Deed recorded January 2, 2015 at Reception No. 2015000091.

• Quit Claim Deed recorded March 15, 2016 at Reception No. 2016023927.

### Encumbrances:

1. Deed of Trust from Nathaniel S. Weeks to the Public Trustee of Jefferson County, for the benefit of Westerra Credit Union in the amount of $175,000.00 recorded February 13, 2015 at Reception No. 2015013535.

2. UCC Financing Statement recorded April 15, 2015 at Reception No. 2015036041.

    a.  UCC Modification recorded January 10, 2020 at Reception No. 2020003501.

### Judgments and Liens:

The following Items were found using a general name search and may or may not belong to the owner of the property listed above.

- None

**DISCLAIMER TO CLIENT:**

This Property Report includes information from certain documents imparting constructive notice and appearing in the official records relating to the real property described. It does not directly or indirectly set forth or imply any opinion, warranty, guarantee, insurance, or other similar assurance as to the status of title to real property, and may not list all liens, defects, encumbrances and other matters affecting title thereto. This report has been prepared solely for the purpose of providing public record information. Accordingly, liability hereunder is strictly limited to the amount paid for this Report OR IF REQUIRED, TO STATUTORY LIMITS DEPENDING ON THE jurisdiction THAT THIS PROPERTY LIES WITHIN and no liability is assumed regarding the accuracy or completeness of this Report.

# Comparative Market Analysis



**Researched and prepared by**

Dale Becker

**Prepared exclusively for**

Nat and Silence Weeks

**Subject Property**

11627 West 74th Way

Arvada

80005

**Prepared on**
February 10, 2020



**Dale Becker**

RE/MAX Alliance - Olde Town

DENVER, CO 80002
303-416-0087
Dale@DaleBecker.com
http://www.DaleBecker.com

Copyright: 2020 All rights reserved.

This is a broker price opinion or comparative market analysis and should not be considered an appraisal or opinion of value. In making any decision that relies upon my work, you should know that I have *not* followed the guidelines for development of an appraisal or analysis contained in the Uniform Standards of Professional Appraisal Practice of the Appraisal Foundation .

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

| Subject Property: 11627 West 74th Way, Arvada 80005 | February 10, 2020 |
|---|---|

## Summary of Comparable Listings

This page summarizes the comparable listings contained in this market analysis.

### Active Listings

| Address | Price | Bd | Bth | Abv Area | Ttl Area | PSF Abv | PSF Ttl | List Date |
|---|---|---|---|---|---|---|---|---|
| 11627 West 74th Way | | 4 | 4 | 3740 | 5378 | | | |
| 7574 Taft Court | $724,950 | 6 | 4 | 3,009 | 4,590 | $ 240.93 | $ 157.94 | 01/25/2020 |
| Averages: | **$724,950** | **6.0** | **4.0** | **3,009** | **4,590** | **$240.93** | **$157.94** | |

### Closed Listings

| Address | Price | Bd | Bth | Abv Area | Ttl Area | PSF Abv | PSF Ttl | Close Date |
|---|---|---|---|---|---|---|---|---|
| 11627 West 74th Way | | 4 | 4 | 3740 | 5378 | | | |
| 13724 W 58th Place | $610,000 | 5 | 5 | 3,386 | 4,998 | $ 180.15 | $ 122.05 | 02/14/2019 |
| 7730 W 70th Drive | $690,000 | 4 | 4 | 3,000 | 4,633 | $ 230.00 | $ 148.93 | 03/22/2019 |
| 13701 W 59th Avenue | $710,000 | 4 | 5 | 3,494 | 5,409 | $ 203.21 | $ 131.26 | 12/16/2019 |
| 7506 Urban Court | $740,000 | 6 | 6 | 4,133 | 5,693 | $ 179.05 | $ 129.98 | 10/31/2019 |
| 11858 W 74th Way | $815,000 | 7 | 6 | 3,212 | 6,078 | $ 253.74 | $ 134.09 | 01/31/2020 |
| Averages: | **$713,000** | **5.2** | **5.2** | **3,445** | **5,362** | **$209.23** | **$133.26** | |

| | Low | Median | Average | High | Count |
|---|---|---|---|---|---|
| **Comparable Price** | $610,000 | $717,475 | $714,992 | $815,000 | 6 |
| **Adjusted Comparable Price** | $619,120 | $733,395 | $710,692 | $772,000 | 6 |

On Average, the 'Closed' status comparable listings sold in 111 days for $713,000

Generally, my recommended list price will be somewhere in the range between the median and average Adjusted Comparable Price... in this case, between $710,692 and $733,395.

The final decision on pricing is always the seller's, but obviously the more "turnkey" and market ready a home is, the higher it will be priced on the spectrum.

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.


**11627 West 74th Way**


**7574 Taft Court**


**13724 W 58th Place**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 1641016 | | 2282263 | |
| Status | | Active | | Closed | |
| Price | | 724,950.00 | | 610,000.00 | |
| Structure Type | House | House | | House | |
| Levels | Two | Two | | Two | |
| Total Beds | 4 | 6 | -16,000 | 5 | -8,000 |
| Total Baths | 4 | 4 | | 5 | -6,000 |
| Abv Grd Fin | 3740 | 3,009 | 58,480 | 3,386 | 28,320 |
| Liv Area (SF Fin) | 5214 | 4,500 | | 4,917 | |
| Area (SqFt) Tot | 5378 | 4,590 | | 4,998 | |
| Blw Grd Finish | 1474 | 1,491 | -680 | 1,531 | -2,280 |
| Blw Grd Unfin | 164 | 90 | | 81 | |
| Basement Y/N | Y | Yes | | Yes | |
| Basement | Full, Finished | Finished, Full, Garden Level | | Finished, Full, Interior Entry/Sta | |
| Lot Sz SqFt | 9278 | 8,013 | 2,000 | 11,123 | -4,000 |
| Lot Sz Acres | 0.21 | 0.18 | | 0.26 | |
| Parking Total | 3 | 3 | | 2 | 5,000 |
| Year Built | 1989 | 1993 | -8,000 | 1985 | 8,000 |
| Construction | | Brick, Frame, Wood Siding | | Brick, Concrete, Stucco | |
| Heating | Forced Air | Forced Air, Natural Gas | | Hot Water, Natural Gas | |
| Cooling | Central Air | Central Air | | None | 5,000 |
| Water Source | Public | Public | | Public | |

The CMA makes adjustments for bedrooms ($8,000 each), bathrooms ($6,000 for a full bath... $4,000 for a half bath, square footage ($80 PSF above grade and $40 PSF in the basement) with additional adjustments for age of the home and lot size.

| | Price | $724,950 | | $610,000 |
|---|---|---|---|---|
| | Total Adjustments | $35,800 | | $26,040 |
| | Adjusted Price | $760,750 | | $636,040 |

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

# CMA Price Adjustments

This page outlines the subject property versus comparables properties.


**11627 West 74th Way**


**7730 W 70th Drive**


**13701 W 59th Avenue**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 4885909 | | 8835609 | |
| Status | | Closed | | Closed | |
| Price | | 690,000.00 | | 710,000.00 | |
| Structure Type | House | House | | House | |
| Levels | Two | Two | | Two | |
| Total Beds | 4 | 4 | | 4 | |
| Total Baths | 4 | 4 | | 5 | -6,000 |
| Abv Grd Fin | 3740 | 3,000 | 59,200 | 3,494 | 19,680 |
| Liv Area (SF Fin) | 5214 | 4,104 | | 5,409 | |
| Area (SqFt) Tot | 5378 | 4,633 | | 5,409 | |
| Blw Grd Finish | 1474 | 1,104 | 14,800 | 1,915 | -17,640 |
| Blw Grd Unfin | 164 | 529 | | 0 | |
| Basement Y/N | Y | Yes | | Yes | |
| Basement | Full, Finished | Finished, Full, Walk-Out Acces: | | Finished, Full, Walk-Out Acces: | |
| Lot Sz SqFt | 9278 | 10,656 | -2,000 | 11,118 | -4,000 |
| Lot Sz Acres | 0.21 | 0.24 | | 0.26 | |
| Parking Total | 3 | 3 | | 3 | |
| Year Built | 1989 | 1984 | 10,000 | 1987 | 4,000 |
| Construction | | Brick, Frame | | Brick, Frame, Wood Siding | |
| Heating | Forced Air | Active Solar, Forced Air, Natura | | Forced Air, Natural Gas | |
| Cooling | Central Air | Central Air | | Central Air | |
| Water Source | Public | Public | | Public | |

<div style="border:1px solid red; color:red;">

All comps chosen for this CMA are within 3 miles of the subject and have been listed/ sold in the past 12 months.  As the subject is a larger property, with over 5,000 finished square feet, we needed to search in a broader area than is normally the case to locate relevant comps.

</div>

| | | | |
|---|---|---|---|
| Price | | $690,000 | $710,000 |
| Total Adjustments | | $82,000 | $-3,960 |
| Adjusted Price | | $772,000 | $706,040 |

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

## CMA Price Adjustments
This page outlines the subject property versus comparables properties.



**11627 West 74th Way**



**7506 Urban Court**



**11858 W 74th Way**

| | Subject Details | Details | Adjust | Details | Adjust |
|---|---|---|---|---|---|
| Listing ID | | 5215221 | | 8070371 | |
| Status | | Closed | | Closed | |
| Price | | 740,000.00 | | 815,000.00 | |
| Structure Type | House | House | | House | |
| Levels | Two | Multi/Split | | One | |
| Total Beds | 4 | 6 | -16,000 | 7 | -24,000 |
| Total Baths | 4 | 6 | -12,000 | 6 | -12,000 |
| Abv Grd Fin | 3740 | 4,133 | -31,440 | 3,212 | 42,240 |
| Liv Area (SF Fin) | 5214 | 5,693 | | 5,362 | |
| Area (SqFt) Tot | 5378 | 5,693 | | 6,078 | |
| Blw Grd Finish | 1474 | 1,560 | -3,440 | 2,150 | -27,040 |
| Blw Grd Unfin | 164 | 0 | | 716 | |
| Basement Y/N | Y | Yes | | Yes | |
| Basement | Full, Finished | Finished, Full, Interior Entry/St | | Finished, Full, Walk-Out Acces | |
| Lot Sz SqFt | 9278 | 25,264 | -32,000 | 18,687 | -18,000 |
| Lot Sz Acres | 0.21 | 0.58 | | 0.43 | |
| Parking Total | 3 | 6 | | 3 | |
| Year Built | 1989 | 2002 | -26,000 | 1992 | -6,000 |
| Construction | | Frame, Stone, Wood Siding | | Brick, Frame, Wood Siding | |
| Heating | Forced Air | Forced Air, Natural Gas | | Forced Air, Natural Gas | |
| Cooling | Central Air | Central Air | | Central Air | |
| Water Source | Public | Public | | Public | |

<span style="color:red">11858 West 74th Way is likely the most relevant comp, as it is less than 1/2 mile away from the subject and closed less than two weeks ago.  It does have significantly more updating than the subject, however, and is located on a cul-de-sac with a lot size that is twice the size of the subject.</span>

| | | |
|---|---|---|
| **Price** | **$740,000** | **$815,000** |
| **Total Adjustments** | **$-120,880** | **$-44,800** |
| **Adjusted Price** | **$619,120** | **$770,200** |

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

Subject Property: 11627 West 74th Way , Arvada, 80005                    February 10, 2020

## CMA Map Layout

This page displays the Map for the CMA Subject and your comparables.



|   | 11627 West 74th Way |
|---|---|
| 1 | 7574 Taft Court |
| 2 | 13701 W 59th Avenue |
| 3 | 11858 W 74th Way |
| 4 | 7506 Urban Court |
| 5 | 7730 W 70th Drive |
| 6 | 13724 W 58th Place |

The comps at 11858 West 74th Way and 7506 Urban Court are in closest proximity to the subject.  The remaining comps are all within three miles of the subject property, built in the same general era and have more than 3,000 square feet of finished space above grade.



**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

## Number of Days In MLS

This graph illustrates the number of days in the MLS for the listings in this analysis.



**Researched and prepared by Dale Becker**
**RE/MAX Alliance - Olde Town**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                              February 10, 2020

# Brief Summary of Compared Listings

This report summarizes the comparable listings contained in this market analysis.

### Status: Active

| Listing ID | Stat Date | Address | City | SqFt Tot | Bds | Bth | Lot Size | Price | DOM |
|---|---|---|---|---|---|---|---|---|---|
| 1641016 | 01/25/2020 | 7574 Taft Court | Arvada | 4,500 | 6 | 4 | 0.18 | $724,950 | 16 |
| **Averages:** | | | | **4,500** | **6** | **5** | **0.18** | **$724,950** | **16** |

### Status: Closed

| Listing ID | Stat Date | Address | City | SqFt Tot | Bds | Bth | Lot Size | Price | DOM |
|---|---|---|---|---|---|---|---|---|---|
| 2282263 | 02/14/2019 | 13724 W 58th Place | Arvada | 4,917 | 5 | 5 | 0.26 | $610,000 | 38 |
| 4885909 | 03/22/2019 | 7730 W 70th Drive | Arvada | 4,104 | 4 | 4 | 0.24 | $690,000 | 4 |
| 8835609 | 12/16/2019 | 13701 W 59th Avenue | Arvada | 5,409 | 4 | 5 | 0.26 | $710,000 | 56 |
| 5215221 | 10/31/2019 | 7506 Urban Court | Arvada | 5,693 | 6 | 6 | 0.58 | $740,000 | 190 |
| 8070371 | 01/31/2020 | 11858 W 74th Way | Arvada | 5,362 | 7 | 6 | 0.43 | $815,000 | 265 |
| **Averages:** | | | | **5,097** | **5** | **5** | **0.35** | **$713,000** | **111** |

## Summary

| Status | Total | Avg Price | Avg PSF Total | Median | Low | High | Avg DOM |
|---|---|---|---|---|---|---|---|
| Active | 1 | $724,950 | $157.94 | $724,950 | $724,950 | $724,950 | 16 |
| Closed | 5 | $713,000 | $133.26 | $710,000 | $610,000 | $815,000 | 111 |
| **Total** | **6** | **$714,992** | **$137.38** | **$717,475** | **$610,000** | **$815,000** | **95** |



**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

## Minimums and Maximums
This page summarizes key fields of the listings in this analysis.

### The listings in this analysis can be summarized as follows:

- Listing Price between $659,900 and $849,900

- Closing Price between $610,000 and $815,000

- 4 to 7 Bedrooms

- 4 to 6 Total Bathrooms

- 1 to 2 Full Bathrooms

- 1 to 2 Half Bathrooms

- 4,590 to 6,078 Square Feet Total

- $132.03 to $157.94 per Tot. Square Foot

- $122.05 to $148.93 per Sold Tot. Square Foot

**Researched and prepared by Dale Becker**
**RE/MAX Alliance - Olde Town**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

Subject Property: 11627 West 74th Way , Arvada, 80005                    February 10, 2020

## List Price and Close Price

This graph illustrates the list price, along with close price in Closed listings.



**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

| Subject Property: 11627 West 74th Way , Arvada, 80005 | February 10, 2020 |
|---|---|

# CMA Pro Report
These pages give a general overview of the selected properties.

## Active Properties

### 7574 Taft Court , Arvada 80005



| | | | | | | |
|---|---|---|---|---|---|---|
| **Listing ID:** | 1641016 | **Status:** | ACT | **Bd Ttl:** | 6 | **List:** | $724,950 |
| **Subtype:** | Single Family Residence | | | **Bth Ttl:** | 4 | | |
| **Struct.Type:** | House | | | **Bth Full:** | 2 | | |
| **Levels:** | Two | | | **Bth 3/4:** | 1 | **Days in MLS:** | 16 |
| **Lot Size:** | 0.18 | | | **Bth 1/2:** | 1 | **Yr Blt:** | 1993 |
| | | | | **Bth 1/4:** | 0 | **Parking:** | 3 |

**Remarks:** A HOME LIKE THIS COMES ON THE MARKET ONCE IN A LIFETIME. THIS ONE OWNER HOME HAS BEEN GIVEN THE CARE AND IMPROVEMENTS THAT WOULD BE FOUND IN A MUCH MORE EXPENSIVE HOME. STEP INSIDE AND YOU CAN FEEL THE UPGRADED FEATURES IN THIS TWO STORY HOME IN THE POPULAR RIDGE AT HARVEST LANE NEIGHBORHOOD LOCATED ATOP THE RIDGE IN ARVADA WEST. THIS SPENCER MODEL, ADVOCATE HOME HAS 6 BEDROOMS AND 4 BATHS INCLUDING AN INDOOR HOT TUB ROOM IN THE BASEMENT. YOU HAVE TWO SPACIOUS FAMILY ROOMS AND 4 BEDROOMS ON THE UPPER LEVEL WITH A PRIVATE OWNERS ENSUITE. THE SECONDARY BEDROOMS HAVE THEIR OWN PRIVATE BATH AREA. THE LAUNDRY IS CONVENIENTLY LOCATED ON THE UPPER LEVEL AS WELL. YOU WILL MARVEL AT THE GOURMET KITCHEN AND ACCESS TO THE OUTDOOR KITCHEN ON THE DECK WITH AMPLE ENTERTAINING SPACE IN THE BACKYARD. THIS HOME BACKS TO A PRIVATE RESIDENCE WITH LOTS OF OPEN SPACE BEHIND THE HOME. THE 3 CAR GARAGE IS 647 SQUARE FEET AND DOUBLES AS A MAN CAVE. EASE OF ACCESS TO PUBLIC TRANSPORTATION IS ALSO A PLUS.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

# CMA Pro Report
These pages give a general overview of the selected properties.

## Closed Properties

### 13724 W 58th Place , Arvada 80004



| | | | | | | |
|---|---|---|---|---|---|---|
| Listing ID: | 2282263 | Status: | CLS | Bd Ttl: | 5 | List: $659,900 |
| Subtype: | Single Family Residence | | | Bth Ttl: | 5 | Close: $610,000 |
| Struct.Type: | House | | | Bth Full: | 2 | Cls Date: 2/14/2019 |
| Levels: | Two | | | Bth 3/4: | 2 | Days in MLS: 38 |
| Lot Size: | 0.26 | | | Bth 1/2: | 1 | Yr Blt: 1985 |
| | | | | Bth 1/4: | 0 | Parking: 2 |

**Remarks:** Fabulous 5 bedroom up 2 story with main floor study and entertaining finished basement! Updates have been made in the kitchen and baths! Some cool Spanish tiling and even Spanish tile shingles! Mature landscaping, super neighborhood and easy melt driveway. Brick and stucco exterior. Nice Pella high end windows with in-between the pane blinds! Efficient gas hot water baseboard heat with 5 zones. Cherry looking Hickory slow-close kitchen cabinets. Lovely crown molding, double ovens, stainless appliances and lots of canned lighting. The master bath is to die for with lots of space and luxury feel. Upper laundry room just where you want it for easy laundry access close to the bedrooms. Party entertaining feel basement with wide open area with huge kitchen-counter serving area! You can also enjoy the southwestern style fireplace in the basement for added Spanish flair that shows through out!

### 7730 W 70th Drive , Arvada 80004



| | | | | | | |
|---|---|---|---|---|---|---|
| Listing ID: | 4885909 | Status: | CLS | Bd Ttl: | 4 | List: $700,000 |
| Subtype: | Single Family Residence | | | Bth Ttl: | 4 | Close: $690,000 |
| Struct.Type: | House | | | Bth Full: | 2 | Cls Date: 3/22/2019 |
| Levels: | Two | | | Bth 3/4: | 1 | Days in MLS: 4 |
| Lot Size: | 0.24 | | | Bth 1/2: | 1 | Yr Blt: 1984 |
| | | | | Bth 1/4: | 0 | Parking: 3 |

**Remarks:** Close to Denver and Boulder! Gorgeous custom home in one of Arvada's most beautiful neighborhoods! It's spacious open design with high vaulted ceilings, maple hardwood floors and bay windows continue through the bedrooms, office, and library on the upper level which has incredible city and mountain views! Two fireplaces on two levels, full security system, central vacuum, and working intercoms throughout. The large back deck and lower patio look out over a park-like area, perfect for that garden party or family get-togethers! This home is fabulous for entertaining, and has a workshop room and storage room for practicality. Closed Thermal and PV Solar with a hundred gallon hot water collector means that you rarely if ever run out of hot water and this home is incredibly energy efficient! This is a one-of-a-kind home in an exclusive, quiet neighborhood. It's a great place to raise a family or for executive entertaining. The neighborhood and schools (many to choose from) are great.

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

Subject Property: 11627 West 74th Way , Arvada, 80005                    February 10, 2020

# CMA Pro Report
These pages give a general overview of the selected properties.

## Closed Properties

### 13701 W 59th Avenue , Arvada 80004



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Listing ID:** | 8835609 | **Status:** | CLS | **Bd Ttl:** | 4 | **List:** | $735,000 |
| **Subtype:** | Single Family Residence | | | **Bth Ttl:** | 5 | **Close:** | $710,000 |
| **Struct.Type:** | House | | | **Bth Full:** | 2 | **Cls Date:** | 12/16/2019 |
| **Levels:** | Two | | | **Bth 3/4:** | 2 | **Days in MLS:** | 56 |
| **Lot Size:** | 0.26 | | | **Bth 1/2:** | 1 | **Yr Blt:** | 1987 |
| | | | | **Bth 1/4:** | 0 | **Parking:** | 3 |

**Remarks:**  Wonderful opportunity in Candlelight subdivision.  Fantastic light, Cathedral vaults, Main Floor master & remodeled Master 5 piece bath with heated floor! Large walk in master closet.  Updated Kitchen with Granite and cooking island. Just past the kitchen is the main floor guest bath and laundry room.  Next to the laundry room is the garage entrance.  3 Car Garage!  You will love lounging in the Living Room and reading a book. Cozy up on the couch with plenty of light and gas fireplace.  Upstairs has three bedrooms. The large 1st bedroom suite could alternatively be used as an upstairs entertainment area and it has a 3/4 bath too. The 2nd bedroom is next to another remodeled bathroom.  The 3rd bedroom has french doors that overlook the living room.  Head downstairs to the walkout basement for general entertainment, guest bedroom, storage and another remodeled bathroom.

### 7506 Urban Court , Arvada 80005



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Listing ID:** | 5215221 | **Status:** | CLS | **Bd Ttl:** | 6 | **List:** | $785,000 |
| **Subtype:** | Single Family Residence | | | **Bth Ttl:** | 6 | **Close:** | $740,000 |
| **Struct.Type:** | House | | | **Bth Full:** | 1 | **Cls Date:** | 10/31/2019 |
| **Levels:** | Multi/Split | | | **Bth 3/4:** | 3 | **Days in MLS:** | 190 |
| **Lot Size:** | 0.58 | | | **Bth 1/2:** | 2 | **Yr Blt:** | 2002 |
| | | | | **Bth 1/4:** | 0 | **Parking:** | 6 |

**Remarks:**  This hand selected executive home was uniquely designed by the builder and first resident. Over 5,600 square feet of living space in this multi-generational floorplan offers plenty of room to enjoy the comfort of home. Tucked away on a quiet cul-de-sac, you'll truly feel like you are in a private oasis! The over sized 3 car garage is outfitted with a workshop and loft space. The eat in kitchen offers new natural stone counters, island, raised breakfast bar, pantry space, with direct access to outdoor living area w/outdoor speakers. The master retreat has beautiful mountain views, natural light abound and a gorgeous 5 piece bath complete with steam shower, his-and-her closets and additional en suite space that is a perfect place to relax after a long day or care for an infant. You'll love relaxing on your outdoor living area listening to nothing but the sounds of your water feature. Minutes to Olde Town Arvada's shops & restaurants!
See website for additional info: www.7506urbanct.com

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                                February 10, 2020

# CMA Pro Report
These pages give a general overview of the selected properties.

## Closed Properties

### 11858 W 74th Way , Arvada 80005



| | | | | | | |
|---|---|---|---|---|---|---|
| **Listing ID:** | 8070371 | **Status:** | CLS | **Bd Ttl:** | 7 | **List:** $849,900 |
| **Subtype:** | Single Family Residence | | | **Bth Ttl:** | 6 | **Close:** $815,000 |
| **Struct.Type:** | House | | | **Bth Full:** | 2 | **Cls Date:** 1/31/2020 |
| **Levels:** | One | | | **Bth 3/4:** | 3 | **Days in MLS:** 265 |
| **Lot Size:** | 0.43 | | | **Bth 1/2:** | 1 | **Yr Blt:** 1992 |
| | | | | **Bth 1/4:** | 0 | **Parking:** 3 |

**Remarks:** TREMENDOUS VALUE! HUGE WALKOUT RANCH SITTING ON 1/2 ACRE!!! This beautiful, expansive, custom ranch-style home truly has it all! With 7 bedrooms and 6 bathrooms, this property is perfect for a large family or for multi-generational living. The master suite is an oasis...with a private reading loft, ensuite 5-piece bath and french doors to the custom deck. Unique architectural details are featured throughout and the huge windows flood the property with natural light. Situated on 1/2 acre, not only are the mountain views spectacular, but the yard has room for gardening, a playset and outdoor activities. A NEW trex deck with iron railing spans the back of the home and offers both open and covered seating areas. A 2-sided fireplace, office built-ins, remodeled kitchen, steam room, 3 furnaces and A/C units, stunning water feature and oversized 3-car garage are just a handful of the many features this home has to offer. Appraised for $950K in Feb. 2019!!! Set your private showing today!

Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

# CMA Pro Report

These pages give a general overview of the selected properties.

### Active Properties

| | |
|---|---|
| Total # of Listings | **1** |
| Lowest Price | **$724,950** |
| Highest Price | **$724,950** |
| Average Price | **$724,950** |
| Avg. PSF Total | **$157.94** |
| Avg DOM | **16** |



7574 Taft Court

0K   200K   400K   600K   800K   1000K   1200K

**Researched and prepared by Dale Becker**
**RE/MAX Alliance - Olde Town**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**



**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                 February 10, 2020

## CMA Pro Report

These pages give a general overview of the selected properties.

### Closed Properties

| | |
|---|---|
| Total # of Listings | **5** |
| Lowest Price | **$610,000** |
| Highest Price | **$815,000** |
| Average Price | **$713,000** |
| Avg. PSF Total | **$133.26** |
| Avg DOM | **111** |



Researched and prepared by Dale Becker
RE/MAX Alliance - Olde Town
All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                                    February 10, 2020

# CMA Pro Report
These pages give a general overview of the selected properties.

## Summary Graph/Analysis



## Cumulative Analysis

| Listing Category | Lowest Price | Highest Price | Average Price | Avg PSF Ttl |
|---|---|---|---|---|
| Active | $724,950 | $724,950 | $724,950 | $157.94 |
| Closed | $610,000 | $815,000 | $713,000 | $133.26 |
| **Totals / Averages** | **$610,000** | **$815,000** | **$714,992** | **$137.38** |

## Sold Property Analysis

| Address | List Price | Close Price | DOM | CP/LP | PSF Ttl | Lot Sz Acres | PPA |
|---|---|---|---|---|---|---|---|
| 13724 W 58th Place | $659,900 | $610,000 | 38 | 92.44% | $122.05 | 0.26 | $2,346,154 |
| 7730 W 70th Drive | $700,000 | $690,000 | 4 | 98.57% | $148.93 | 0.24 | $2,875,000 |
| 13701 W 59th Avenue | $735,000 | $710,000 | 56 | 96.60% | $131.26 | 0.26 | $2,730,769 |
| 7506 Urban Court | $785,000 | $740,000 | 190 | 94.27% | $129.98 | 0.58 | $1,275,862 |
| 11858 W 74th Way | $849,900 | $815,000 | 265 | 95.89% | $134.09 | 0.43 | $1,895,349 |

**Researched and prepared by Dale Becker**
**RE/MAX Alliance - Olde Town**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

| Subject Property: 11627 West 74th Way , Arvada, 80005 | February 10, 2020 |
|---|---|

## CMA Pro Report
These pages give a general overview of the selected properties.

| Total Averages | $745,960 | $713,000 | 110.60 | 95.55% | $133.26 | 0.35 | $2,224,627 |
|---|---|---|---|---|---|---|---|

## Property Summary

| S | Address | Bd | Bth | Area Ttl | List | Close | Close Date | DOM |
|---|---|---|---|---|---|---|---|---|
| **Active** | | | | | | | | |
| A | 7574 Taft Court | 6 | 2/1 | 4,590 | $724,950 | | | 16 |
| | | | | | | | | |
| **Closed** | | | | | | | | |
| C | 13724 W 58th Place | 5 | 2/1 | 4,998 | $659,900 | $610,000 | 02/14/2019 | 38 |
| C | 7730 W 70th Drive | 4 | 2/1 | 4,633 | $700,000 | $690,000 | 03/22/2019 | 4 |
| C | 13701 W 59th Avenue | 4 | 2/1 | 5,409 | $735,000 | $710,000 | 12/16/2019 | 56 |
| C | 7506 Urban Court | 6 | 1/2 | 5,693 | $785,000 | $740,000 | 10/31/2019 | 190 |
| C | 11858 W 74th Way | 7 | 2/1 | 6,078 | $849,900 | $815,000 | 01/31/2020 | 265 |

**Researched and prepared by Dale Becker**
**RE/MAX Alliance - Olde Town**
**All data deemed reliable but not guaranteed. Copyright REcolorado © 2020. All rights reserved.**

**Dale Becker**
RE/MAX Alliance - Olde Town
Dale@DaleBecker.com
Ph: 303-416-0087
Where Expectations are Elevated

**Subject Property: 11627 West 74th Way , Arvada, 80005**                    February 10, 2020

# Pricing Recommendation

## General Facts About Pricing...

There are certain factors that are within our control and some factors beyond our control when it comes to setting the price. Those factors within our control are: the appearance of the property, how aggressively we market the property and the price. Factors outside our control are: location of property, size and local amenities. It's important to accept those factors that are beyond our control and focus on the pricing and preparation.

A property priced at market value will attract more buyers than a home priced above market value. Consider that a competitively priced property will also attract a greater number of potential buyers and increase your opportunity for a quick sale.

## Market Statistics...

| Sell Price Statistics | | Sell Price Per Sq. Ft. Statistics | |
|---|---|---|---|
| Average Price: | $710,700 | Average Price/Sq Ft: | $145 |
| High Price: | $772,000 | High Price/Sq Ft: | $188 |
| Median Price: | $733,400 | Median Price/Sq Ft: | $137 |
| Low Price: | $619,100 | Low Price/Sq Ft: | $109 |

Figures are based on selling price after adjustments, and rounded to the nearest $100

## Suggested List Price:

After analyzing your property, comparable properties on the market now, recent sales and comparable properties that failed to sell, I conclude that in the current market, your property is most likely to sell for .