# EXHIBIT N



## Essex County Correctional Facility Visitation and Attorney Visit Updates Due to COVID-19

Operating in an abundance of caution in light of COVID-19, the Essex County Department of Corrections has modified all visitations at the Essex County Correctional Facility to window visits. The visitation schedule is outlined in the table below with an emphasis on providing detainees/inmates their right to counsel and legal access. Considering our mission to protect the public by operating a safe, secure and humane facility; current circumstances, recommendations from the Center for Disease Control and the World Health Organization we believe these measures are required for all attorney and familial visitation.

Should a face to face attorney visit be required, we will make exception on a case by case basis. However, any attorney requesting a contact visit should realize this will significantly slow down the entry process. To initiate an attorney contact visit, the attorney needs to communicate the need and reason for the contact visit to the Visit Sergeant.  The attorney must submit to a medical screening which will consist of an in-ear temperature reading. Should the attorney's temperature be above 100.4 degrees, they will be asked to complete a questionnaire. At that point, the recommendation of the facility medical director or his designee will determine whether entry is granted. Should the attorney's temperature be 100.3 degrees or below, access will be granted by the medical and custody staff on sight.

Provisions for the passing of legal documents and obtaining signatures will be provided to all attorneys when required. Should an item need to be given to the inmate/detainee or an item requires an inmate's/detainee's signature, please let the visit officers know and they will facilitate the movement of the legal item as requested.

Finally, we would remind all that our response to COVID19 is fluid however we endeavor to inform the public of all changes and modifications made as soon as practicable.

**Visit Schedule:**

|           | ATTORNEYS | VISITORS |
|-----------|-----------|----------|
| Sunday    | No Visits | No Visits |
| Monday    | 7AM -7PM  | No Visits |
| Tuesday   | 7AM-11AM  | 12PM-7PM |
| Wednesday | 7AM-7PM   | No Visits |
| Thursday  | 7AM-11AM  | 12PM-7PM |
| Friday    | 7AM -7PM  | No Visits |
| Saturday  | 7AM-11AM  | 12PM-7PM |