UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW BRENT GOETTSCHE,<br>[DEFENDANT TWO REDACTED],<br>JOBADIAH SINCLAIR WEEKS,<br>JOSEPH FRANK ABEL, and<br>SILVIU CATALIN BALACI | Hon. Michael A. Hammer<br><br>CRIMINAL NO.:  19-cr-877-CCC |

**DEFENDANT JOBADIAH SINCLAIR WEEKS' NOTICE OF FILING
SUPPLEMENTAL DOCUMENTS IN SUPPORT OF HIS MOTION
FOR TEMPORARY RELEASE PURSUANT TO 18 U.S.C. 3142(i)**

Defendant Jobadiah Sinclair Weeks gives notice of filing supplemental documents in support of his Motion for Temporary Release Pursuant to 18 U.S.C. 3142(i) (D.E. 68).  The supplemental documents are (i) a letter of support that notes Mr. Weeks' history of asthma (*Exhibit A*), (ii) CDC guidance on COVID-19 and asthma (*Exhibit B*), and (iii) the CDC's FAQ on asthma (*Exhibit C*).

Dated:  March 24, 2020

CARLTON FIELDS

*/s/ Simon Gaugush*
Simon Gaugush, Esq.
Fla. Bar No. 0440050
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL  33607
Telephone: 813.223.7000 (Fla.)
Facsimile:  813.229.4133 (Fla.)

and
Michael L. Yaeger, Esq.
405 Lexington Avenue, 36th Floor
New York, NY  10174
Telephone: 212.785.2577
*Counsel for Defendant Jobadiah Weeks*

1

121565967.1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

*/s/ Simon Gaugush*
Simon Gaugush, Esq.

121565967.1