# Exhibit H

Skip to main content

METRO

# Judge frees ICE detainees after coronavirus hits New Jersey jails

By Ben Feuerherd                                          March 27, 2020 | 10:53am | Updated



Richard Harbus

A Manhattan federal judge on Thursday night ordered the release of 10 immigration detainees with underlying health conditions from several jails in New Jersey that have confirmed coronavirus cases.

The 10 detainees, who are being held at the Hudson County Jail, the Bergen County Jail and the Essex County Jail, filed a petition Wednesday pleading to be released because of "the public health crisis posed by COVID-19," according to court papers.

The inmates suffer from a host of pre-existing conditions, including pulmonary issues, diabetes, asthma and a history of pneumonia.

All 10 of the petitioners "face an imminent risk of death or serious injury in immigration detention if exposed to COVID-19," Judge Analisa Torres wrote in her order siding with the detainees.

Torres determined that the constitutional rights that protect immigration detainees could be violated if the petitioners are kept in jail, according to the order.

**SEE ALSO**



**ICE medical staffer at NJ detention center tests positive for coronavirus**

The New York ICE field office appears indifferent to the dire situation immigration detainees face in its custody, Torres wrote.

"Respondents appear to ignore this condition of confinement that will likely cause imminent, life-threatening illness," Torres wrote of ICE and the Department of Homeland Security, which are the respondents in the petition.

"Respondents could not represent that the detention facilities were in a position to allow inmates to remain six feet apart from one another, as recommended by the CDC," Torres added.

FILED UNDER    CORONAVIRUS, CORONAVIRUS IN NY, ICE, IMMIGRANTS