# Exhibit J

**CORONAVIRUS LIVE COVERAGE**

| US Updates | Global Updates |
| --- | --- |
| recently updated | recently updated |

# The mother of a 34-year-old NYC paramedic with COVID-19 says she's devastated she can't visit her daughter: 'This is the part that is killing me'

Haven Orecchio-Egresitz  22 hours ago

  



**Christell Cadet, a New York City paramedic, is on a ventilator at a Brooklyn Hospital.**

**The 34-year-old, who has asthma, left work last week after she had a coughing fit.**

**A few days later, she was hospitalized with COVID-19.**

**Her mother told Insider that because of hospital guidelines she has not been able to visit her, and her family is praying for her recovery.**

**Visit Insider's homepage for more stories.**

Christell Cadet, a 34-year-old paramedic in New York City, left work last week after having a coughing fit.

The next day, Cadet, who has asthma, was struggling to breathe and couldn't control her symptoms with an inhaler or nebulizer, her mother told Insider. An ambulance took her to the hospital.

Now Cadet is hospitalized on a ventilator in critical, but stable, condition.

"She's stable, but critical. She's sedated in the ICU. She's getting the best

INSIDER

Cadet has been on light duty prior to becoming symptomatic and hadn't been doing ambulance tours in a few weeks, her mother said.



Last week, Cadet told CNN that despite her condition, she didn't expect to be hospitalized.

"I did not think it was going to get me this bad," Cadet told the outlet. "My asthma is really under control otherwise."

Cadet also told CNN that after experts encouraged the practice of "social distancing" amid the coronavirus outbreak in the city, she kept her contact with the outside world to that of an "essential worker."

While most people recover from the coronavirus without hospitalization, preexisting conditions like asthma puts people at higher risk for complications.

Cadet normally doesn't have an issue keeping her asthma under control, this time was different, her mother said.

INSIDER

Jessy said that none of Christell's immediate family is showing symptoms of the coronavirus. Though she is staying positive about her daughter's recovery, she said the hardest part is not being able to visit with her.

"This is the part that is killing me, but I have no choice," she said. "I have to cope with that for the welfare of everybody else."

Still, Cadet said that her daughter's strong demeanor is what gives her hope that she will pull through.

"She's a great person. She's very strong and that's why I believe she'll fight and come out of it," Cadet said. "She has a great heart, is very smart, and is a loving person."

**CORONAVIRUS LIVE UPDATES**  31 minutes ago
## Coronavirus: Latest news

INSIDER

**As New York City braces for still more cases, which are expected to peak in the next three weeks, a temporary morgue has been built outside of Manhattan's Bellevue Hospital.**

**Uber CEO Dara Khosrowshahi welcomed the US Senate's $2 trillion coronavirus relief bill which will allow Uber drivers to be eligible to apply for unemployment insurance.**

**The mayor of Los Angeles, Eric Garcetti, threatened to cut off power and water to businesses that won't comply with the lockdown order imposed on the city to slow the spread of the novel coronavirus.**

**North Korea has been quietly soliciting coronavirus aid from other countries even though it has publicly denied the existence of any cases on home soil, according to a new report.**

The 5 most important things to know about the government's plan to pay Americans $1,200 to fight the coronavirus outbreak

# NOW WATCH: Why Russ and Daughters has the best bagel in NYC