UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.  Hon. Michael A. Hammer

MATTHEW BRENT GOETTSCHE,   CRIMINAL NO.:  19-877-CCC
[DEFENDANT TWO],
JOBADIAH SINCLAIR WEEKS,
JOSEPH FRANK ABEL, and
SILVIU CATALIN BALACI

,

**DEFENDANT JOBADIAH SINCLAIR WEEKS'**
**NOTICE OF FILING OF *EXHIBIT L* TO HIS SUPPLEMENTAL LETTER/BRIEF**
**IN SUPPORT OF HIS MOTION FOR TEMPORARY RELEASE (D.E. 73)**

Defendant Jobadiah Sinclair Weeks, through his undersigned attorneys, hereby submits *Exhibit L* to the Court, which was inadvertently omitted from the filing of his Supplemental Letter/Brief in Support of His Motion for Temporary Release (D.E. 73).

DATED:  March 27, 2020

CARLTON FIELDS

*/s/ Simon Gaugush*
Simon Gaugush, Esq.
Fla. Bar No. 0440050
4221 W. Boy Scout Blvd., Ste. 1000
Tampa, FL  33607
Telephone: 813.223.7000 (Fla.)
Facsimile:  813.229.4133 (Fla.)

and

Michael L. Yaeger, Esq.
405 Lexington Avenue, 36th Floor
New York, NY  10174
Telephone: 212.785.2577

*Counsel for Defendant Jobadiah Weeks*

121605608.1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 27, 2020, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

                                    */s/ Simon Gaugush*
                                    Simon Gaugush, Esq.

121605608.1