# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CASE NO. 19-877 |
| MATTHEW BRENT GOETTSCHE and JOBADIAH SINCLAIR WEEKS *Defendant* | DATE OF PROCEEDINGS: 3/30/2020 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Hearing on Motions for Release

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [ ] COLLOQUY
- [x] OTHER: Motions for Release Denied
  Order to follow

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

- [x] CONSENT TO VIDEO/TELECONFERENCE

**HEARING SET FOR:**
- [ ] PRELIMINARY/REMOVAL HRG.       DATE:
- [ ] DETENTION/BAIL HRG.            DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY      DATE:
- [ ] SENTENCING                     DATE:
- [ ] OTHER:                         DATE:

**APPEARANCES:**

AUSA: David Feder, Jamie Hoxie and Anthony Torntore

DEFT. COUNSEL: Rodney Villazor, Benjamin Sauter and Andrew Lourie for Goettsche; Michael Yaeger, Simon Gaugush and Erin Hoyle for Weeks

PO/PTSO: Kristen McKeown and Elizabeth Auson

INTERPRETER
Language:

TIME COMMENCED: 11:00
TIME TERMINATED: 12:45
CD NO: ECR

J. Baker
DEPUTY CLERK