Essex County Correctional Facility
354 Doremus Avenue
Newark, New Jersey 07105

05 APR 2020 PM 9 L

"Legal Mail"

08608-150799

Attention Court Clerk
Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608