

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*  973-645-2700
*Newark, New Jersey 07102*

May 18, 2020

**Filed Via ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *United States v. Matthew Brent Goettsche, et al.*,
     Crim. No. 19-877

Your Honor:

  The United States of America, through the undersigned (the "Government"), respectfully submits this letter to provide this Court with a proposed scheduling order that has been agreed upon by defendants Matthew Brent Goettsche, Jobadiah Sinclair Weeks, and Joseph Frank Abel.

  The Government respectfully also requests that the Court schedule a status conference in this case for a date during or after the week of July 13, 2020.

           Respectfully submitted,

           CRAIG CARPENITO
           United States Attorney

           */s/ Jamie L. Hoxie*

           By:  Jamie L. Hoxie
           Assistant U.S. Attorney