# EXHIBIT C



March 6, 2020

Dear Honorable Judge Cecchi,

We are writing on behalf of Jobadiah Weeks, who has been pre-approved to enroll in the Shadowtrack Biometric monitoring program, to tell you a little more about the program and our experience in jurisdictions around the country.

We have been providing monitoring solutions to the corrections industry throughout the U.S. for over 20 years. We offer a broad spectrum of monitoring services, which, as relevant to Mr. Weeks, includes the home incarceration program. This program confirms the presence and location of the participant with random, scheduled, inbound, or outbound calls from any authorized telephone. Our location services use cellular triangulation, GPS coordinates, silent location verification, and on demand manual GPS ping capability, in addition to pairing location services with voice or facial verification. This method of confinement has been widely used in America for over 15 years and is one of the leading alternative methods that has no state boundaries or in-capabilities.

Currently, we provide our services to agencies across the country, including the Virginia Department of Corrections. We have worked closely with the state of Virginia over the last five years to provide curfew, self-reporting, and random drug testing to both their low and high risk individuals on probation. Other agencies we are currently working with include:

- Massachusetts, Suffolk County, Sherriff's Department
- North Dakota, Division of Juvenile Services, Juvenile Probation
- North Dakota, Fargo Juvenile Drug Court
- Pennsylvania, Allegheny County, Juvenile Program
- Pennsylvania, Lehigh County, Adult Probation
- Pennsylvania, York County, Adult Probation
- Washington, Snohomish County, Juvenile Program

We welcome the opportunity to work with your court. Please feel free to reach out to us directly with any additional questions.

Kindest Regards,
Nancy Adams



121436452.1

Representative