# EXHIBIT D

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Jobadiah Sinclair Weeks, having been fully informed by my attorney, Simon Gaugush of Carlton Fields, P.A., of my rights under the extradition treaty in force between the United States of America and Mexico, and Title 18, United States Code, section 3184 *et seq.*, do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to the United States upon a request for my return by United States law enforcement resulting from a violation of any conditions of release set by the Court in Criminal Case No. 19-877-CCC, in the United States District Court for the District of New Jersey.

My attorneys, with whose service I am satisfied, have explained to me the terms of the extradition treaty in force between the United States and Mexico, the applicable sections of Title 18, United States Code, and the pending charges against me in the United States. I concede that there is an applicable extradition treaty, that the treaty covers the offenses with which I am charged in the Indictment, and that I am the person who has been charged in the Indictment.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to be transported in custody, upon the request of United States law enforcement, to the United States, and to remain in custody pending the arrival of agents from either the U.S. Marshals Services or the Federal Bureau of Investigation. No representative, official, or officer of the United States or of the Government of the United States, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me.

I execute this waiver of rights knowingly, voluntarily, and entirely of my own free will and accord.

120788244.1

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of JAnuary, 2020.

_____
Jobadiah Sinclair Weeks, *Defendant*