# EXHIBIT H

Case 2:19-cr-00877-CCC   Document 378   Filed 05/28/20   Page 2 of 2 PageID: 2915

