# EXHIBIT K







Case 2:19-cr-00877-CCC   Document 37-7   Filed 02/03/20   Page 4 of 9 PageID: 663



Case 2:19-cr-00877-CCC   Document 37-7   Filed 02/03/20   Page 5 of 9 PageID: 624



Case 2:19-cr-00877-CCC   Document 37-7   Filed 02/03/20   Page 6 of 9 PageID: 625





