# EXHIBIT P



## CUSTOMER PURCHASE ORDER
### DATED 10/13, 2017

| Parties: | a) **Bitfury Holding BV**, Joby Weeks, whose registered office is located at Barbara Strozzilaan 201, 1083 HN Amsterdam, The Netherlands ("***BitFury***"); and<br><br>b) **Bitclub** ("***Customer***"). |
|---|---|
| **Product Description:** | A Bitfury Europe configured B8 server with proprietary Bitfury hardware (16 nm) capable of producing up to 43 TH/s (±5%) of SHA 256 hashing power ("***Hashing Power***") and consuming 6.4 KW (±5%) of electricity. |
| **Purchase Quantity:** | 10,000 units. |
| **Purchase Price:** | $5,800 per unit, plus applicable sales tax or VAT<br>Total $58,000,000 USD |
| **Payment Terms:** | 100% of the Purchase Price shall be paid within 48 hours of the execution of this Purchase Order, failing which this Purchase Order shall be cancellable at Bitfury's option. All payments are non-refundable. |

| Delivery Terms: | Ex Works, Korea or Shenzen 11:00 AM local time by January 31, 2018 – 5000 B8 servers and by February 28, 2018 – 5000 B8 Server units after receipt of 100% advance payment ("**Delivery Date**") Bitfury shall have the right to accelerate the Delivery Date, provided that in all cases it shall give 14 days' advance notice of the revised Delivery Date. In case there is delay in supply of above units and not meeting the above timeline, Bitfury will guarantee and supply the matching hashpower for the non-delivered units from its datacenter. For example; if by February 28th 2018 only 4900 units are supplied, Bitfury will supply the equivalent hashing power of the 100 non-delivered units. The supply of the hashpower will continue until the required number of units are supplied, in this example, 100 units. |
| --- | --- |
| Limited Warranty: | Bitfury provides a limited warranty for a period of 180 days following delivery. |
| Terms & Conditions: | Bitfury's standard terms and conditions shall apply. This Purchase Order may be executed in counterparts, all of which shall be taken together as one agreement. This Purchase Order and all commercial terms will expire three days from date of issue unless fully executed by all parties. |

**BITFURY Joby Weeks**

By: _Joby Weeks_

Title: _Please send to: 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp_

**Bitclub**

By: _____

2