# EXHIBIT Q

 BTC / Address USD BTC

Addresses are identifiers which you use to send Bitcoin to another person



Payment Request

Donation Button

| | |
|---|---|
| Address | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 📋 |
| Format | BASE58 (P2PKH) |
| Transactions | 1,001 |
| Total Received | 66656.72591910 BTC |
| Total Sent | 66633.09349074 BTC |
| Final Balance | 23.63242836 BTC |

## Transactions

71  72  **73**  74  75

| | |
|---|---|
| Hash | 7994354e7dab64362000a37820d25dd1dceda92bb916071ff5e4418f3e14c87e |
| Date | 2017-10-18 16:27 |

| | |
|---|---|
| Date | 2017-10-18 15:27 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>283.99780764 BTC 🌐 |
| To | 1xY7yGTsfPMgRxfXUjymYBfxoFLnkN7HA<br>1.00000000 BTC 🌐<br><br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>282.99761554 BTC 🌐 |
| Fee | 0.00019210 BTC<br>(74.457 sat/B - 18.614 sat/WU - 258 bytes) |
| Amount | −1.00019210 BTC |

| | |
|---|---|
| Hash | 476b4b03d93d467f06f61677281b46da7b74b23374dd385d771e4417055aba66 |
| Date | 2017-10-17 22:13 |
| From | 1HT9eZ2EkdZSiKD4jLXyJTcvcpGtHRMxuf<br>7.00584215 BTC 🌐 |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>0.65229090 BTC 🌐<br><br>1Co5nzVJ3GkVGd1mwq3LEPgHZtrgs38voB<br>6.35314469 BTC 🌐 |
| Fee | 0.00040656 BTC<br>(180.693 sat/B - 45.173 sat/WU - 225 bytes) |
| Amount | +0.65229090 BTC |

| | |
|---|---|
| Hash | c529f9bd4a57ca1653fc7e9c6f39e80930d6137f1d55f6eafadceb36d80daa5f |
| Date | 2017-10-16 16:33 |
| From | 1GbVUSW5WJmRCpaCJ4hanUny77oDaWW4to<br>13.02627710 BTC 🌐 |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1.96169096 BTC 🌐<br><br>1Hyg1CvfZZNjsjgu9H98GF6zeCX4hX812y<br>11.06448614 BTC 🌐 |
| Fee | 0.00010000 BTC<br>(44.444 sat/B - 11.111 sat/WU - 225 bytes) |
| Amount | +1.96169096 BTC |

| | |
|---|---|
| Hash | 9e69b691f34b792656b40645e844d250c296e23f068a2190e933e5b1382d9461 |
| Date | 2017-10-15 14:59 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp |

| | | |
|---|---|---|
| | 489.00000000 BTC | |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>117.02712484 BTC | |
| | 3LMncQoE3BPsB4CpLUeGjQNnE3pmSZbhvK<br>371.97250000 BTC | |
| Fee | 0.00037516 BTC<br>(146.547 sat/B - 36.637 sat/WU - 256 bytes) | |
| Amount | | -371.97287516 BTC |

| | | |
|---|---|---|
| Hash | 17da1c98c51851bc495e617374d85a0381a777800c3892003babcd54c51452b3 | |
| Date | 2017-10-15 14:46 | |
| From | 1KfD7P5bK6N2YwAeJDHwL3mW3nNqoLypj6<br>300.00000000 BTC | |
| | 13529mifpW7VytvtSmRhrxcZ6MPNLA7sq7<br>0.09000000 BTC | |
| | 1BY4aHLHeUHhZFKQAsmGarawMFxyXENjSU<br>188.99959186 BTC | |
| To | 1NPSHbKQBubqGU4k2LjTHvu14ucrBVUHkn<br>0.08948746 BTC | |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>489.00000000 BTC | |
| Fee | 0.00010440 BTC<br>(20.077 sat/B - 5.019 sat/WU - 520 bytes) | |
| Amount | | +489.00000000 BTC |

| | | |
|---|---|---|
| Hash | f169c1f5af2008a4f639ebcd18d09df531deda8573e7039494825497177ad8bc | |
| Date | 2017-10-15 14:31 | |
| From | 1QHbkD2GKyUtBh9B6G13XtLaHvXrakgR5S<br>190.00000000 BTC | |
| To | 1BY4aHLHeUHhZFKQAsmGarawMFxyXENjSU<br>188.99959186 BTC | |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>1.00000000 BTC | |
| Fee | 0.00040814 BTC<br>(181.396 sat/B - 45.349 sat/WU - 225 bytes) | |
| Amount | | +1.00000000 BTC |

| | | |
|---|---|---|
| Hash | 3e50f05f51fc98f12232c439c19ce9a72bb303e4365569719e07778818e8ff92 | |
| Date | 2017-10-14 21:16 | |

| | | |
|---|---|---|
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 763.99884862 BTC 🌐 | |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 300.00000000 BTC 🌐 | |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 64.99878878 BTC 🌐 | |
| | 1MipUT7mSQJb5EJ1e68hqc8oxJZKH7WxVe 999.00000000 BTC 🌐 | |
| Fee | 0.00005984 BTC (13.662 sat/B - 3.416 sat/WU - 438 bytes) | |
| Amount | | -999.00005984 BTC |

| | | |
|---|---|---|
| Hash | 738b347cfc749f57181b3da5b510f434cb7995b127076c1b6cf8ff0a122a910c | |
| Date | 2017-10-14 21:16 | |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 764.99888478 BTC 🌐 | |
| To | 1MipUT7mSQJb5EJ1e68hqc8oxJZKH7WxVe 1.00000000 BTC 🌐 | |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 763.99884862 BTC 🌐 | |
| Fee | 0.00003616 BTC (14.070 sat/B - 3.518 sat/WU - 257 bytes) | |
| Amount | | -1.00003616 BTC |

| | | |
|---|---|---|
| Hash | ed1946ab77965cebf789115a7807f896a4f5c9b267c32e23f168e865f82d8c1c | |
| Date | 2017-10-14 20:02 | |
| From | 1Hyg1CvfZZNjsjgu9H98GF6zeCX4hX812y 11.59812890 BTC 🌐 | |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 2.50953007 BTC 🌐 | |
| | 1Hyg1CvfZZNjsjgu9H98GF6zeCX4hX812y 9.08849883 BTC 🌐 | |
| Fee | 0.00010000 BTC (44.248 sat/B - 11.062 sat/WU - 226 bytes) | |
| Amount | | +2.50953007 BTC |

| | |
|---|---|
| Hash | 6d4d6ebf9b32f27005a512160a34881fca01cb54243ebafb04c2db1e0828ba46 |
| Date | 2017-10-14 17:58 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp |

| | |
|---|---|
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>6264.99958416 BTC 🌐<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>3500.00000000 BTC 🌐 |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>764.99888478 BTC 🌐<br>3LMncQoE3BPsB4CpLUeGjQNnE3pmSZbhvK<br>9000.00000000 BTC 🌐 |
| Fee | 0.00069938 BTC<br>(161.147 sat/B - 40.287 sat/WU - 434 bytes) |
| Amount | -9000.00069938 BTC |

71  72  **73**  74  75



**Enjoy Our Lowest Crypto Credit Line™ Rates Ever**

from **5.9%** APR

GET STARTED

PRODUCTS

Wallet

Exchange

Markets

Developers

DATA

Prices

Charts

Bitcoin Explorer

Ethereum Explorer

Bitcoin Cash Explorer

LEARN

What is Bitcoin

What is Ethereum

Getting Started

Blog

Research

COMPANY

About

Team

Careers   HIRING

Legal

CONTACT US

Press

Interested in our Block Explorer?

Support

Status



© 2020 BLOCKCHAIN LUXEMBOURG S.A.

v1.17.6

English

 BTC  /  Address                              USD   BTC

Addresses are identifiers which you use to send Bitcoin to another person



Payment Request

Donation Button

| | |
|---|---|
| Address | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp |
| Format | BASE58 (P2PKH) |
| Transactions | 1,001 |
| Total Received | 66656.72591910 BTC |
| Total Sent | 66633.09349074 BTC |
| Final Balance | 23.63242836 BTC |

| | |
|---|---|
| Hash | 6d6d5e7caf3d969556094e2acd2278a469ceb0c36620c0c6338e68f54337af79 |
| Date | 2017-10-14 16:26 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 6500.00000000 BTC |
| To | 3LMncQoE3BPsB4CpLUeGjQNnE3pmSZbhvK 235.00000000 BTC<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 6264.99958416 BTC |
| Fee | 0.00041584 BTC<br>(163.075 sat/B - 40.769 sat/WU - 255 bytes) |
| Amount | −235.00041584 BTC |

| | |
|---|---|
| Hash | b9992dff3a6a9e67024a8bd3b17a75e3b49a4b0a178ef0daf484025fa025a358 |
| Date | 2017-10-14 16:11 |
| From | 1NBb7zBeJjqgSEa4275j6aKseQFBRPQvG3 500.00000000 BTC<br>1Awyr6it1×5ijJ1kxGhCksBegmNk5AFvGo 0.99958329 BTC<br>1GpiAFGcZEtNQ9A3hKNb57B9nDJtuzmiwe 1000.00000000 BTC<br>1Cms7HVfQCASUuNtFG1iLdo9H4WCLTFQHv 1000.00000000 BTC<br>1NBb7zBeJjqgSEa4275j6aKseQFBRPQvG3 1000.00000000 BTC |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 3500.00000000 BTC<br>1Fco33epvNQggCeuBHrL4A32Thehy9sg1P 0.99835154 BTC |
| Fee | 0.00123175 BTC<br>(151.321 sat/B - 37.830 sat/WU - 814 bytes) |
| Amount | +3500.00000000 BTC |

| | |
|---|---|
| From | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>18.18010695 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>10.15272646 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>11.47058039 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>13.46108683 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>12.65026942 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>11.89865062 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>14.72025927 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>14.59560116 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>11.13972506 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>12.51901538 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>28.90922508 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>21.12206729 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>10.70261912 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>16.83519229 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>10.06394054 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>11.91806820 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>12.22923148 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>20.60500256 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>19.60150825 BTC 🌐 |
| | 1Bn5h6YZ6H9ZRyJzcwSeM3QSmWbmd7k7Ns<br>18.82375046 BTC 🌐 |
| To | 13zg76TYBtmKakrSn5GN2Z6AVThCFcx3iP<br>1.59282423 BTC 🔴 |
| | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>300.00000000 BTC 🌐 |

| | |
|---|---|
| Amount | +300.00000000 BTC |

| | |
|---|---|
| Hash | a02e76b13f3c1cb2f2f286366e821ae1edc339906219b203fc8f6ead4ddfd432 |
| Date | 2017-10-14 16:11 |
| From | 1LmH17BDtsCZemDXiJE1jNuBLihDXUgw7p<br>25.00000000 BTC<br>1LmH17BDtsCZemDXiJE1jNuBLihDXUgw7p<br>25.93780000 BTC<br>1PzRJ9EKEJbAE5AYkAFgXWygk9mN9qJMuo<br>6499.98254456 BTC |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>6500.00000000 BTC<br>1Q43mAfxUSheznYuaj8ZLShJf47oDvKkZf<br>50.91921233 BTC |
| Fee | 0.00113223 BTC<br>(217.319 sat/B - 54.330 sat/WU - 521 bytes) |
| Amount | +6500.00000000 BTC |

| | |
|---|---|
| Hash | 864d3fe8c4595149fb5e1ec62a2e051dab87482889ea20c22350a39392b396df |
| Date | 2017-10-14 13:43 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>283.99976044 BTC |
| To | 1CveFrzAytJwnhoueJQ6ebQ8yv27xwZ7Jn<br>0.00173810 BTC<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>283.99780764 BTC |
| Fee | 0.00021470 BTC<br>(83.541 sat/B - 20.885 sat/WU - 257 bytes) |
| Amount | -0.00195280 BTC |

| | |
|---|---|
| Hash | 2ca93565c87c7b60da6096ee4005cb50e6f04a2681135de706d34b4f684f8b35 |

| | | |
|---|---|---|
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp 6.60000000 BTC | |
| | 16kgYUE4e1v5TAPPVdfx7o4M9p87cwGPL7 7.56093194 BTC | |
| Fee | 0.00090400 BTC (400.000 sat/B - 100.000 sat/WU - 226 bytes) | |
| Amount | | +6.60000000 BTC |

| | |
|---|---|
| Hash | 426c0105a69f854418ca7f956051524b24efe430fa34168a4afba122e088a274 |
| Date | 2017-10-14 10:26 |
| From | 1N52wHoVR79PMDishab2XmRHsbekCdGquK 19.06865397 BTC |
| | 1EDKuu3XCYUkWqKcsW5u5yDU5NkgEpQuHK 0.00015300 BTC |
| | 1468mU5NFpTkAquVg9641zsFtzCMvuX9Y5 0.00020000 BTC |
| | 15ZBQThcX6MynjbiN143YJFcBWbYfyV8Rv 0.00035149 BTC |
| | 1K8VeJrQXpVyi8QSajMMz1KhZq7ruBWLyw 0.00052815 BTC |
| | 1GenEZhVdE7gLMWZsWGMxRaFS6NfNzdjud 0.00070000 BTC |
| | 1GVmMA4kDRVftE8AxJNqS3pUCmi8UwbXhh 0.00076472 BTC |
| | 1EtfmcbdtJ9CRWwuWhsVCb9fGFg32iyWy9 0.00090471 BTC |
| | 13cECuaox2GuCAXcxwdEDxH3KSnXK7YcxR 0.00100000 BTC |
| | 1B4LTpHDD3Q53Sor4K3p62bPuVhn32R73R 0.00100000 BTC |
| | Load more inputs... (91 remaining) |
| To | 3DZHUPK9gWTzCL5jruiwdMkCW48CXXBid6 0.13987479 BTC |
| | 175ie7qvjL7PisTSjQGw379rVMxb5QPdJc 0.02103027 BTC |
| | 1AqdsFQ82efedjfYMkBQU59dobFody12xS 0.01391421 BTC |
| | 1W6ZXAXqg1PFy2XiYXSzJyThCpqYfZw1r 0.08194468 BTC |

| | |
|---|---|
| | 32dDJbn2gLWVUsaW8ZZY62XYE5zzNf94sv |
| | 0.00927722 BTC |
| | 3Egs5UmBcNdfyYfpJPb8wXM2PSf7DVyKw6 |
| | 0.00858247 BTC |
| | 1GByf2CADHRVjYozDGXfCDBsyzo6WjfzHB |
| | 0.02372801 BTC |
| | 3ArSWSPvME9WNuPgTNfbayZCPm5vwBfr8e |
| | 0.40000000 BTC |
| | Load more outputs... (47 remaining) |
| Fee | 0.05679579 BTC<br>(337.327 sat/B - 84.332 sat/WU - 16837 bytes) |
| Amount | +1.24800000 BTC |

| | |
|---|---|
| Hash | 3b726d7a1e2091deca66da71509f9e051ecf5724b0fa1787e5a59bbdaa1863bc |
| Date | 2017-10-13 23:56 |
| From | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>285.00000000 BTC |
| To | 3LMncQoE3BPsB4CpLUeGjQNnE3pmSZbhvK<br>1.00000000 BTC<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>283.99976044 BTC |
| Fee | 0.00023956 BTC<br>(93.578 sat/B - 23.395 sat/WU - 256 bytes) |
| Amount | -1.00023956 BTC |

| | |
|---|---|
| Hash | 66c95feacecbd0a022bde208738745f064a89dae73f090b1d7e21c16debb3050 |
| Date | 2017-10-12 20:26 |
| From | 1MvVdVeGM7gh9XA4RDz8EbXc932tuYgjGi<br>0.37077000 BTC |
| To | 1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>0.37055000 BTC |
| Fee | 0.00022000 BTC |

| | |
|---|---|
| Hash | d86c41951b6e75de0920e26642b91c1ab2b054fe3bf1c660b83c6c0bd59cd58c |
| Date | 2017-10-12 19:23 |
| From | 38qXvWwLDt1BmkV8PxYLLrg4BwJ9Si5GuP<br>767.34369000 BTC |
| To | 35hwkd7×1p7kndH6LUSR2bJPGB4NeGV5VJ<br>482.34347877 BTC<br>1JobyWkspb4BDdznWSmsrnE6cMzwV5qRRp<br>285.00000000 BTC |
| Fee | 0.00021123 BTC<br>(84.831 sat/B - 31.574 sat/WU - 249 bytes) |
| Amount | +285.00000000 BTC |

72  73  **74**  75  76

## Enjoy Our Lowest Crypto Credit Line™ Rates Ever

from **5.9%** APR

GET STARTED



## PRODUCTS

Wallet

Developers

DATA

Prices

Charts

Bitcoin Explorer

Ethereum Explorer

Bitcoin Cash Explorer

LEARN

What is Bitcoin

What is Ethereum

Getting Started

Blog

Research

COMPANY

About

Team

## CONTACT US

Press

Interested in our Block Explorer?

Support

Status



© 2020 BLOCKCHAIN LUXEMBOURG S.A.

v1.17.6

English