# EXHIBIT R





Iceland Facility



Iceland Facility





Iceland Facility



**Iceland Facility**





**Iceland Facility**





Iceland Facility