# EXHIBIT W



**Essex County Correctional Facility**
**354 Doremus Avenue**
**Newark, New Jersey 07105**

Effective Wednesday, April 1, 2020, in light of COVID 19,

in an effort to provide all wards of the Essex County

Correctional Facility legal access, attorney visitation is as

follows:

**Video Teleconference Booth Visitation**

**(20 minutes per inmate)**

**Monday – Friday**

**9:00am – 3:00pm**

**Please call to schedule appointment**

**973-274-6246**

Notification of the reimplementation of visitation can be

found on the Essex County website at

https://essexcountynj.org/corrections/

Warden William J. Anderson