**CARLTON FIELDS**

ATTORNEYS AT LAW

**Chrysler Building**
405 Lexington Avenue | 36th Floor
New York, New York 10174-3699
212.785.2577 | fax 212.785.5203
www.carltonfields.com

Atlanta
Florham Park
Hartford
Los Angeles
Miami
**New York**
Orlando
Tallahassee
Tampa
Washington, DC
West Palm Beach

**Michael L. Yaeger**
Shareholder
212.380.9623 direct
MYaeger@carltonfields.com

June 11, 2020

By ECF
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ  07102

   Re: *United States v. Jobadiah Sinclair Weeks*, *et al.*
     Case No. 2:19-cr-00877-CCC

Dear Judge Cecchi:

  We represent Jobadiah Sinclair Weeks in the above-referenced matter.  Please accept this letter as notification that Mr. Weeks will not file a formal motion to seal his Memorandum in Support of Motion for Appeal, Review, and Revocation of Magistrate Judge's Detention Order (provisionally filed under seal at Dkt. No. 94).  Accordingly, it is our understanding that unless the Government files such a motion, Dkt. No. 94 will be made public.

      Respectfully submitted,

      CARLTON FIELDS

      /s/

      Michael L. Yaeger