

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*      973-645-2700
*Newark, New Jersey 07102*

June 12, 2020

**Filed Via ECF**
The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

       Re:    *United States v. Matthew Brent Goettsche, et al.*,
               Crim. No. 19-877

Your Honor:

       Enclosed in a proposed amended scheduling order, which modifies the schedule for the review of potentially privileged material. The undersigned has conferred with counsel for defendants Goettsche, Weeks, and Abel, who consent to the proposed deadlines.

                                           Respectfully submitted,

                                           CRAIG CARPENITO
                                           United States Attorney

                                           By:   Jamie L. Hoxie
                                           Assistant U.S. Attorney