

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

| | |
|---|---|
| 970 Broad Street, 7th floor<br>Newark, New Jersey 07102 | 973-645-2700 |

June 29, 2020

The Honorable Claire C. Cecchi
United States District Judge
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States v. Jobadiah Sinclair Weeks, et al.*,
              Crim. No. 19-877

Your Honor:

    The Government understands that counsel for Jobadiah Sinclair Weeks ("Weeks") does not intend to file a formal motion to seal Weeks' Memorandum in Support of his Motion for Appeal (previously filed under seal at Dkt. No. 94). *See* Dkt. No. 96.

    Please allow this letter to confirm that the Government has no objection to defendant Weeks' Motion for Appeal (Dkt. 94) being unsealed.

                                                 Respectfully submitted,

                                                 CRAIG CARPENITO
                                                 United States Attorney

                                                 *[signature]*

Clerk's Office is directed to unseal
the Motion for Appeal by Defendant
Jobadiah Sinclair Weeks [DE#94].

                                               By:  Anthony P. Torntore
     SO ORDERED                                David W. Feder
      *s/Claire C. Cecchi*                     Jamie L. Hoxie
    Claire C. Cecchi, U.S.D.J.             Assistant U.S. Attorneys

    Date:   6/30/2020