# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA *Plaintiff* | MAGISTRATE JUDGE: Michael A. Hammer |
| v. | CASE NO. 19-877 |
| JOBADIAH SINCLAIR WEEKS *Defendant* | DATE OF PROCEEDINGS: 8/27/2021 |
| | DATE OF ARREST: |

**PROCEEDINGS:** Status Conference

- [ ] SUPERSEDING COMPLAINT
- [ ] ADVISED OF RIGHTS   [ ] ADVISED OF CHARGES AND PENALTIES
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:  [ ] AFPD   [ ] CJA
- [ ] WAIVER OF HRG:  [ ] PRELIM   [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:  [ ] GUILTY   [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [✓] VIDEO/TELECONFERENCING CONSENT
- [✓] Motion to Withdraw Granted
- [✓] Reply brief - Deft. by 9/3 and Gov. by C.O.B on 9/7
- [✓] David Stone retained for pending motion to revoke bail

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [✓] DETENTION/BAIL HRG.
- [ ] TRIAL:  [ ] COURT   [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE:
DATE: 9/9/2021 at 1:00
DATE:
DATE:
DATE:

**APPEARANCES:**

AUSA: Jamie Hoxie and Anthony Torntore

DEFT. COUNSEL: Simon Gaugush, Michael Yaeger and David Stone

PO/PTS: David Hernandez

INTERPRETER
   Language:

TIME COMMENCED: 1:00
TIME TERMINATED: 1:15
CD NO: ECR

J. Baker
DEPUTY CLERK