## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Michael A. Hammer, U.S.D.J |
| v. | |
| JOBADIAH SINCLAIR WEEKS. | Criminal Action No. 19-cr-877 (CCC) |

### ORDER GRANTING MOTION OF JOBADIAH S. WEEKS TO MODIFY CONDITIONS OF RELEASE

This Court, having considered the motion of Defendant Jobadiah S. Weeks to modify his conditions of release, and given the consent of Pretrial Services, and the Government having deferred to Pretrial Services and having made no objection, hereby orders that:

1. Mr. Weeks' conditions of release will be modified to no longer require him to be supervised by third party custodians Nathaniel Weeks and/or Silence Weeks.

2. Mr. Weeks' secured appearance bond will be modified to remove the tract of land in Island County, Washington, pledged by Bradford Weeks and Laura Weeks.

3. All other conditions of release remain in effect, including the requirement that Mr. Weeks wear a GPS device so that Pretrial Services can track his movements. (E.g., Dkts. 255, 246, 189, 152, 295, 309).

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge