# STONE 𝗠 MAGNANINI

## COMPLEX LITIGATION

February 26, 2024

**VIA CM/ECF**
Hon. Michael A. Hammer
Martin Luther King Building
 and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>United States v. Jobadiah Weeks</u> (19-cr-877-CCC)

Your Honor:

    We appreciate Your Honor's granting of our request to briefly adjourn the bail review hearing in the above captioned matter.

    We have conferred with the Government and we would propose for the hearing to be rescheduled for either March 19 or March 21. If it is convenient to the Court, we respectfully request the March 21 date so that Mr. Weeks' other co-counsel, from Boies Schiller Flexner, may also attend.

                                  Respectfully submitted,

                                  <u>/s/ David Stone</u>
                                  David S. Stone
                                  Managing Partner

cc:    AUSA Anthony Torntore *(via CM/ECF and email)*
         David Hernandez *(via email only)*