UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br><br> JOBADIAH SINCLAIR WEEKS | Hon. Michael A. Hammer <br> CRIMINAL No.: 19-cr-877-CCC |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in the case for Jobadiah Sinclair Weeks.

I hereby certify under penalty of perjury that I am a member in good standing of the New York bar and that I am not the subject of suspension or disbarment from any Court.


Dated: March 21, 2024          By:   /s/ John Zach
                                     John Zach
                                     BOIES SCHILLER FLEXNER LLP
                                     55 Hudson Yards
                                     New York, New York 10001
                                     Tel: (212) 303-3648
                                     Fax: (212) 446-2350
                                     jzach@bsfllp.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will serve an electronic copy to all counsel of record.

By:

*s/ John Zach*
John Zach, Esq.
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 303-3648
Fax: (212) 446-2350
jzach@bsfllp.com