UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-877 |
| v. | |
| JOBADIAH SINCLAIR WEEKS | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| Defendant. | |

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks to modify conditions of release to include two additional alternate third-party custodians, and the Court having been advised that John Packer and Megan Chelsey Gahm have requested to be additional third-party custodians, and with Pretrial Services having vetted same, and with the Government and Pretrial Services having no objection, and for good cause shown;

On this _3rd_ day of _June_, 2024, it is hereby **ORDERED** that John Packer and Megan Chelsey Gahm are hereby appointed as third-party custodians for the defendant with the understanding that they will fulfill all of the obligations set forth in the defendant's conditions of release [DKT. 331], including: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. The defendant shall remain in the presence of one of the third-party custodians at all times, unless otherwise approved by Pretrial Services.

HON. MICHAEL A. HAMMER
United States Magistrate Judge

1