# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | 19-cr-877 |
| v. | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| JOBADIAH SINCLAIR WEEKS | |
| Defendant. | |

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks to modify conditions of release to include one additional alternate third-party custodians, and the Court having been advised that Dashama Gordon has requested to be an additional third-party custodian, and with Pretrial Services having vetted and approved same, and with the Government and Pretrial Services having no objection, and for good cause shown;

On this ___ day of _August_, 2024, it is hereby **ORDERED** that J Dashama Gordon is hereby appointed as a third-party custodian for the defendant with the understanding that she will fulfill all of the obligations set forth in the defendant's conditions of release [DKT. 331], including: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears. The defendant shall remain in the presence of one of the third-party custodians at all times, unless otherwise approved by Pretrial Services.

HON. MICHAEL A. HAMMER
United States Magistrate Judge

1

## ACKNOWLEDGEMENT

I, Dashama Gordon, hereby declare that I understand that I will fulfill all of the obligations set forth in the defendant's conditions of release [DKT. 331] and as set forth above.

_____
DASHAMA GORDON