# STONE ▚ MAGNANINI

## COMPLEX LITIGATION

August 23, 2024

**VIA CM/ECF**
Hon. Michael A. Hammer
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re:  *United States v. Jobadiah Weeks,* 19-cr-877-CCC

Dear Judge Hammer:

  We are writing to advise the Court of certain recent developments which require a formal request for modification of the Court's conditions of release order dated March 26, 2024 (Dkt. 331). Both the Government and Pretrial Services ("PTS") are aware of this development and Pretrial Services objects to this request. However, Mr. Weeks has been complying with all of the modified conditions of release since March 26 and the Order specifically states that it shall remain in effect only until September 19, 2024, which was Mr. Weeks' then-scheduled sentencing date at the time that the Order was entered. Mr. Weeks is now scheduled to be sentenced two months later, on November 20, 2024.

  Since Mr. Weeks has been released on bail he has been unemployed because of his home confinement and he has been unable to otherwise engage in business opportunities because of the restriction on his internet use and his inability to maintain bank accounts. The government also seized virtually all of his assets and Mr. Weeks has continued to incur substantial legal fees so he has had limited access to funds to pay monthly expenses.

  Recently, Mr. Weeks has been offered a valuable opportunity to become involved on the "ground floor" in a startup company that is developing a new non-invasive commercial tree species in Idaho which is designed to revolutionize the area of forestry and help prevent global warming. The species in development, currently known as "miracle trees," will be designed to grow quickly; produce valuable and lightweight hardwood lumber; produce over 100 liters of honey each year; sequester large amounts of carbon dioxide and produce large amounts of oxygen; and regenerate itself completely in only three to five years. In exchange for Mr. Weeks' advice and participation in development and testing of this product, the company has extended an offer to provide Mr. Weeks with housing near its factory location in Idaho. This offer as well as the job itself is contingent on Mr. Weeks' agreement to be on site at the factory.

  Based on the foregoing, Mr. Weeks respectfully requests that this Court modify the conditions of release to curfew so that Mr. Weeks can live near the business and leave his home

1

**STONE ⚜ MAGNANINI**

COMPLEX LITIGATION

Hon. Michael A. Hammer
August 22, 2024
Page 2

only to go work.  Should the Court grant Mr. Weeks' request he intends to live at 4471 39th N., Rigby, Idaho 83442, subject to approval by Pretrial Services.  We also note that recently, on August 15, 2024, this Court entered an order granting co-defendant Matthew Goettsche's motion to modify his conditions of pretrial release from home incarceration to curfew.

We respectfully submit that the accommodation that Mr. Weeks is requesting is reasonable under the circumstances and that it poses no additional concern with regard to danger to the community or to risk of flight.  Mr. Weeks has been subject to extremely restrictive conditions of release for much longer than was expected.  We believe that it would be reasonable and fair to permit Mr. Weeks to obtain employment that is crucial not only for supporting himself but also as a means of staying positively engaged during this period.  Mr. Weeks is committed to continuing to be compliant with any conditions and he will return directly to his home after work hours, adhering to any specific conditions or restrictions the court may impose.

We assure the court that Mr. Weeks will take all necessary steps to ensure that his work-related activities do not interfere with the judicial process. He will remain in full compliance with all bail conditions and court orders.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,

*s/ David S. Stone*
David S. Stone
Managing Partner

cc:    AUSA Anthony Torntore *(via CM/ECF and email)*
       David Hernandez *(via email only)*