# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

       v.

JOBADIAH SINCLAIR WEEKS
            Defendant.

19-cr-877

**ORDER**

THIS MATTER, being before the Court upon the motion of Defendant Jobadiah Sinclair Weeks, seeking the return of third party passports [DKT. 372], and with the consent of the Government and Pretrial Services, and for good cause shown;

On this 19 day of November 2024, it is hereby **ORDERED** that within seven (7) days of the entry of this Order, Pretrial Services shall return the passports of third party Stephanie Stolba (Weeks) and third party Liberty Weeks.

HON. MICHAEL A. HAMMER
United States Magistrate Judge

1