# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

MAGISTRATE JUDGE: Michael A. Hammer

UNITED STATES OF AMERICA
*Plaintiff*

CASE NO. 19-877
DATE OF PROCEEDINGS: 1/3/2025

v.

JOBADIAH SINCLAIR WEEKS
*Defendant*

DATE OF ARREST:

**PROCEEDINGS:** Status Conference Call

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS  [ ] ADVISED OF VIOLATION
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [x] Defense's adjournment request granted
- [x] Briefs are optional. Defense by 1/16 and Government by 1/21
- [x] Briefs may not exceed three (3) double-spaced pages
- [x] Call with counsel and pretrial only

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
    - [ ] UNSECURED BOND
    - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [x] OTHER: Bail Violation Hearing

DATE:
DATE:
DATE:
DATE:
DATE: 1/22/2025 at 2:00 p.m. in Courtroom 2C

**APPEARANCES:**

AUSA: Eric Cohen and David Stone

DEFT. COUNSEL: Anthony Torntore

PO/PTS: David Hernandez

INTERPRETER
    Language:

TIME COMMENCED: 2:34
TIME TERMINATED: 2:47
CD NO: ECR

J. Baker
DEPUTY CLERK