# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>JOBADIAH SINCLAIR WEEKS<br>*Defendant* | MAGISTRATE JUDGE: Michael A. Hammer<br><br>CASE NO. 19-877<br>DATE OF PROCEEDINGS: 2/5/2025<br><br>DATE OF ARREST: |

**PROCEEDINGS:** Motion to Withdraw Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS  [ ] ADVISED OF VIOLATION
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL:  [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG:  [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED:  [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [x] Sealed Ex parte colloquy with defendant and defense counsel (11:14 - 11:29)
- [x] Oral motion to withdraw as counsel. Motion Granted. Defense counsel terminated as counsel
- [x] Deft. sworn. Colloquy.
- [x] Court will appoint stand-by counsel

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER MODIFYING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.  DATE:
- [ ] DETENTION/BAIL HRG.  DATE:
- [ ] TRIAL:  [ ] COURT  [ ] JURY  DATE:
- [ ] SENTENCING  DATE:
- [ ] OTHER:  DATE:

**APPEARANCES:**

AUSA: David Stone and Eric Cohen

DEFT. COUNSEL: Anthony Torntore

PO/PTS: David Hernandez

INTERPRETER
Language:

TIME COMMENCED: 11:06
TIME TERMINATED: 12:18
CD NO: ECR

J. Baker
DEPUTY CLERK