**KLINGEMAN CERIMELE**
ATTORNEYS

100 Southgate Parkway
Suite 150
Morristown, NJ 07960

klingemanlaw.com

February 17, 2025

**VIA ECF**
Honorable Claire C. Cecchi
United States District Judge
United States District Court
for the District of New Jersey
Martin Luther King Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    <u>United States v. Jobadiah Sinclair Weeks</u>
            Crim. No. 19-877 (CCC)

Dear Judge Cecchi:

    I am stand-by counsel for Defendant Jobadiah Sinclair Weeks in the above matter.

    Mr. Weeks respectfully requests permission to travel to Washington, D.C. to meet with teams of lawyers and congressmen. Mr. Weeks and his third-party custodian, Dasha, will depart from Denver, Colorado on Wednesday, February 19, 2025 and return on Saturday, February 22. A proposed form of order is enclosed.

    Thank you for Your Honor's thoughtful consideration.

                               Respectfully Submitted,

                               <u>/S/ ERNESTO CERIMELE</u>
                             Ernesto Cerimele, Esq.

**KLINGEMAN CERIMELE, ATTORNEYS**
Ernesto Cerimele, Esq.
100 Southgate Parkway, Suite 150
Morristown, New Jersey 07960
(973) 792-8712
*Stand-by Counsel for Defendant Jobadiah Sinclair Weeks*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Claire C. Cecchi, USDJ |
| vs. | Crim. No. 19-877 (CCC) |
| JOBADIAH SINCLAIR WEEKS, | **ORDER PERMITTING TRAVEL** |
| Defendant. | |

**THIS MATTER** having been opened to the Court by Defendant Jobadiah Sinclair Weeks (Ernesto Cerimele, Esq., appearing) for an Order Permitting Travel; and with notice to the United States Attorney's Office (AUSA Anthony Torntore, appearing) and the United States Pretrial Services Agency; and for good cause shown,

**IT IS** on this _____ day of February of 2025,

**ORDERED** that the Defendant shall be permitted to travel to Washington, D.C. from February 19, 2025 through February 22, 2025; and it is further

**ORDERED** that the Defendant shall provide his itinerary and other pertinent information to Pretrial Services in advance of travel; and

**ORDERED** that Pretrial Services shall temporarily return the Defendant's United States Passport to permit this travel forty-eight (48) hours before Defendant's scheduled departure; and it is further

**ORDERED** that the Defendant shall return his United States Passport within forty-eight (48) hours of returning to the United States; and it is further

**ORDERED** that all other terms and conditions of pretrial release previously imposed remain in full force and effect, except as modified by this Order.

_____
HONORABLE CLAIRE C. CECCHI
United States District Court Judge

2