UNITED STATES OF AMERICA Crim. No. 19-cr-877
v.
JOBADIAH SINCLAIR WEEKS

**ORDER ELIMINATING CONDITIONS OF RELEASE**

All conditions of release that have been imposed on Jobadiah Sinclair Weeks are to be removed immediately. His constitutional rights are restored. Mr. Weeks is free to live, work and travel anywhere he chooses within the United States.
It is further ordered that the ankle bracelet that has been harming Mr. Weeks for close to 5 years be removed immediately.

SO ORDERED.
_____
Hon. Michael A. Hammer
United States Magistrate Judge