

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Anthony Torntore*  *970 Broad Street, 7th floor*
*Assistant United States Attorney*  *Newark, New Jersey 07102*  Direct dial: (973) 645-2700

April 2, 2025

Honorable Claire C. Cecchi
United States District Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   **United States v. Jobadiah Sinclair Weeks**
           **Crim. No. 19-877 (CCC)**

Dear Judge Cecchi:

    The Government writes to request a brief extension of the deadline to respond to defendant Jobadiah Sinclair Weeks' ("Weeks") various motions and requests for relief in the captioned matter. The Government's opposition is currently due on April 8, 2025. The Government is requesting a two-week extension to April 22, 2025 to respond. Given the number, length, and complexity of Weeks' various filings, the Government requires additional time to respond and effectively present its opposition to the Court.

                                Respectfully submitted,

                                ALINA HABBA
                              United States Attorney

                    By: _____
                              ANTHONY TORNTORE
                              Assistant United States Attorney

cc:    Jobadiah Sinclair Weeks, *pro se*
        Ernesto Cerimele, Esq., standby counsel