

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Anthony Torntore*  
*Assistant United States Attorney*

*970 Broad Street, 7th floor*  
*Newark, New Jersey 07102*

*Direct dial: (973) 645-2700*

April 2, 2025

Honorable Claire C. Cecchi  
United States District Judge  
District of New Jersey  
Martin Luther King Building & U.S. Courthouse  
50 Walnut Street  
Newark, NJ 07101

      Re:   **United States v. Jobadiah Sinclair Weeks**  
            **Crim. No. 19-877 (CCC)**

Dear Judge Cecchi:

      The Government writes to request a brief extension of the deadline to respond to defendant Jobadiah Sinclair Weeks' ("Weeks") various motions and requests for relief in the captioned matter. The Government's opposition is currently due on April 8, 2025. The Government is requesting a two-week extension to April 22, 2025 to respond. Given the number, length, and complexity of Weeks' various filings, the Government requires additional time to respond and effectively present its opposition to the Court.

      Respectfully submitted,

      ALINA HABBA  
      United States Attorney

By: *Anthony P. Torntore*  
     ANTHONY TORNTORE  
     Assistant United States Attorney

SO ORDERED  
  s/Claire C. Cecchi  
CLAIRE C. CECCHI, U.S.D.J.  
Date: 4/2/2025

cc:    Jobadiah Sinclair Weeks, *pro se*  
       Ernesto Cerimele, Esq., standby counsel