Dellareece Bastian
Global Birthing Care
Miramar, Florida
(786) 431-8121
Fax: (786) 364-7340
Globalbirthingcare@gmail.com
Date: 05/07/2025

To Whom It May Concern,

Dashama Gordon is currently 33 weeks pregnant and, due to the increased risk of premature labor, it would be medically inadvisable for her to travel by air at this stage of her pregnancy. She is expected to give birth within the next 4 to 5 weeks.
Ms. Gordon does not have any family support in Florida. Her husband, Jobadiah Weeks, is her sole source of support and it is essential that he be present with her during labor and delivery.

Sincerely,
Dellareece Bastian, LM

*Dellareeca Bastian, LM*