Docusign Envelope ID: 99C14F91-ED6E-4F9E-BD3B-B59146BA0E89

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**
v.
**JOBADIAH SINCLAIR WEEKS**
Criminal No. 19-cr-877 (CCC)

### NOTICE REGARDING GOVERNMENT'S REFUSAL TO ENGAGE IN SETTLEMENT DISCUSSIONS

Defendant **Jobadiah Sinclair Weeks**, proceeding pro se, respectfully submits this notice to inform the Court that the Government has declined to engage in any form of settlement discussion.

On **May 11, 2025**, Defendant contacted newly assigned counsel, **AUSA Andrew Trombly**, to invite good-faith discussions aimed at a potential resolution of the case. The communication outlined reasonable and constitutionally grounded settlement terms, including dismissal of the indictment in light of documented due process violations, or, alternatively, the Government's consent to plea withdrawal without opposition. These efforts were made in view of judicial economy, fairness, and consistent treatment under DOJ's updated guidance on digital asset enforcement.

**As noted in prior correspondence — including the letter of April 25, 2025 — Defendant expressed a clear willingness to explore a structured resolution of this matter in light of the constitutional violations, procedural defects, and multiple motions currently pending before the Court. Despite this invitation, and notwithstanding the recent assignment of new government counsel, the United States Attorney's Office has not responded and has declined to enter into any discussion regarding potential resolution or dismissal.**

To date, the United States Attorney's Office has taken no steps toward reconsideration of the prosecution, nor has it initiated a voluntary dismissal under **Rule 48(a)** as it recently did in *United States v. Christopher James Scanlon*, No. 2:24-cr-00682 (D.N.J.).

In contrast to *Scanlon*, where the Government filed under the same lead AUSA and secured a Rule 48(a) dismissal without judicial resolution of the pending constitutional motion, the Government here has allowed all motions—Dkt. Nos. **401 through 407**—to remain unanswered. The Defendant notes that these filings have been fully briefed and ripe for adjudication for several months.

 **The Government's silence in this matter, contrasted with its discretionary dismissal in *United States v. Christopher James Scanlon*, No. 2:24-cr-00682 (D.N.J.), under nearly identical prosecutorial leadership, underscores a pattern of selective**



**procedural engagement.** A copy of the dismissal order entered on April 30, 2025 is attached hereto as **Exhibit A** for the Court's reference.

Accordingly, Defendant respectfully requests that the Court now proceed to rule on the pending motions. The opportunity for narrowing or resolving the case through executive discretion has been foreclosed by the Government's continued silence.

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...

**Dated:** May 14, 2025