# Exhibit A.

Granted multiple bail modifications between September 2023 and April 2024 through formal orders (Dkt. 23, 28, 35, and 38)

Docusign Envelope ID: 04A89EAC-F20E-4075-8275-524C60366E83

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-10168 |
| vs. | : | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON, | : |  |
| Defendant. | : |  |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore and United States Pretrial Services (Andrew Dziopa) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this 17th day of April, 2024;

**HEREBY ORDERED** that Mr. Scanlon's bail be modified as follows:

- Defendant's Home Detention condition is amended to a curfew, enforced by location monitoring, with hours as directed by Pretrial Services.

- Defendant's conditions pertaining to the use of computers or internet access are removed.

- Defendant is prohibited from creating any Corporate Entities, Limited Liability Corporations, or businesses without the approval of Pretrial Services and the United States Attorney's Office.

All other conditions of Release to remain unchanged.

                                                               _____
                                                               Hon. Michael A. Hammer, U.S.M.J.

                                                               4/17/2024

KRIEGER LEWIN LLP

By:

 /s/ Jonathan F. Bolz                    
Jonathan F. Bolz, Esq.


/s/ Anthony P. Torntore                 
Anthony P. Torntore, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 23-10168 |
| Plaintiff, | : | |
| | : | **CONSENT ORDER MODIFYING** |
| vs. | : | **BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Jonathan F. Bolz, Esq. of Krieger Lewin LLP, for modification of the conditions of bail; and Assistant United States Attorney Anthony P. Torntore consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this  7th  day of March, 2024;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▮▮▮▮▮▮▮▮ Port St. Lucie, FL 34986 from March 9, 2024 through March 11, 2024 for his grandfather's birthday.

All other conditions of Release to remain unchanged.

                                                                  s/Michael A. Hammer    3/7/2024

                                                                  Hon. Michael A. Hammer, U.S.M.J.

KRIEGER LEWIN LLP


By: /s/ Jonathan F. Bolz
      Jonathan F. Bolz, Esq.


/s/ Anthony P. Torntore
Anthony P. Torntore, AUSA

Docusign Envelope ID: 04A89EAC-F20E-4075-8275-524C60366E83

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Case No. 23-10168 |
| Plaintiff, : | |
| vs. : | **CONSENT ORDER MODIFYING BAIL CONDITIONS** |
| CHRISTOPHER J. SCANLON : | |
| Defendant. : | |

**THIS MATTER** having come before the Court on the application of defendant Christopher J. Scanlon by his attorney, Edward Kim, Esq. of Krieger Kim & Lewin, LLP, for modification of the conditions of bail; and Assistant United States Attorney Sophie Reiter consenting to the entry of the Order and upon notice to United States Pretrial Services, Florida and New Jersey (Ivette Suárez and Andrew Dziopa); and for good cause shown;

**IT IS** on this 22nd day of November, 2023;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

- Defendant is permitted to travel to and remain at ▇▇▇▇▇▇▇▇ Port St. Lucie, FL 34986 from November 23, 2023 through November 24, 2023 for the Thanksgiving holiday.

All other conditions of Release to remain unchanged.

_____
Hon. Michael A. Hammer, U.S.M.J.

KRIEGER KIM & LEWIN, LLP

By: /s/ *Joby Weeks*
_____
Edward Kim, Esq.

_____
Sophie E. Reiter, AUSA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-10168 |
| v. | : | |
| CHRISTOPHER JAMES SCANLON | : | **ORDER** |

The Court, upon application for modification of the Order setting forth the conditions of release dated June 9, 2023 by defendant Christopher James Scanlon (the "Defendant"), the Court having heard and considered the arguments of the parties on August 31, 2023; for the reasons stated and for good cause shown:

It IS, therefore, on this 5th day of September, 2023:

ORDERED the defendant's conditions of release be modified to provide for the following:

1. The defendant is permitted the use of one pre-approved connected device. Any approved device is subject to the installation of computer monitoring software and/or search by Pretrial Services to assure compliance. The defendant shall pay all or part of the cost of any monitoring software based upon his ability to pay as determined by Pretrial Services.

2. By consent of other residents in the home, any devices in the home utilized by other residents shall be approved by Pretrial Services, password protected, and subject to search for compliance by Pretrial Services.

3. The defendant's computer/internet usage shall be limited for the sole purpose of reviewing and drafting case-related documentation, communication with Defense Counsel and his designees in connection with the pending criminal case, and otherwise preparing the defense of this case, as well as communicating with his wife and

children and Pretrial Services. Any other internet/website access must be approved in advance by the Court, through modification of this order.

4. The connected device may not be used by anyone but the Defendant.

5. Counsel will provide Pretrial Services with a list of designees on or before September 8, 2023.

IT IS FURTHER ORDERED, all other terms and conditions of release shall remain in full force and effect.

_____
HON. MICHAEL A. HAMMER
United States Magistrate Judge

# Exhibit B.

(Dkt. 73) Discretionary dismissal in *United States v. Christopher James Scanlon*, No. 2:24-cr-00682 (D.N.J.) April 30, 2025

Docusign Envelope ID: 04A89EAC-F20E-4075-8275-524C60366E83
Case 2:19-cr-00877-CCC   Document 433-1   Filed 04/30/25   Page 1 of 1 PageID: 5486
Case 2:19-cr-00877-CCC   Document 473-1   Filed 04/30/25   Page 1 of 2 PageID: 5486

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    Crim. No. 24-682 (CCC)

v.    :    **<u>AMENDED ORDER FOR DISMISSAL</u>**

CHRISTOPHER JAMES SCANLON    :

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Alina Habba, the United States Attorney for the District of New Jersey, (by Megan Linares and Aaron Webman, Assistant United States Attorneys, appearing) hereby dismisses the Indictment, Crim. No. 24-682 (CCC) against Christopher James Scanlon, charging the defendant with conspiracy to own and operate an unlicensed money transmitting business, contrary to Title 18, United States Code, Section 1960(b), in violation of Title 18, United States Code, Section 371, because further prosecution of this charge is not in the interests of the United States at this time.

This dismissal is without prejudice.

*/s/ Alina Habba*
ALINA HABBA
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Dated: April __30__, 2025

4

## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2025**, I caused a true and correct copy of the foregoing:

    **Supplement in Support of Modification of Bail Conditions**

along with any attached exhibits, to be served via email upon:

    **AUSA Andrew Trombly**
    Assistant United States Attorney
    United States Attorney's Office, District of New Jersey
    andrew.trombly@usdoj.gov

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...

**Dated:** May 14, 2025

4