## CERTIFICATE OF SERVICE

I hereby certify that on **May 14, 2025**, I caused a true and correct copy of the foregoing:

    **Supplement in Support of Modification of Bail Conditions**

along with any attached exhibits, to be served via email upon:

    **AUSA Andrew Trombly**
    Assistant United States Attorney
    United States Attorney's Office, District of New Jersey
    andrew.trombly@usdoj.gov


Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
silenceweeks1@gmail.com

Signed by:
Joby Weeks
87866A420DB4490...

**Dated:** May 14, 2025

4