### CERTIFICATE OF SERVICE

I hereby certify that on **May 16, 2025**, I caused a true and correct copy of the following documents:

- **Supplemental Response to the Government's Motion to Revoke Bail**,

- Including attached **Exhibits A–G**,

to be served via email upon:

    **AUSA Vinay S. Limbachia**
    Assistant United States Attorney
    United States Attorney's Office – District of New Jersey
    Email: vinay.limbachia@usdoj.gov

Respectfully submitted,
/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
11627 West 74th Way
Arvada, Colorado 80005
Email: silenceweeks1@gmail.com


Signed by: Joby Weeks — 87866A420DB4490...

**Dated:** May 16, 2025