# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
                              *Plaintiff*

v.

JOBADIAH WEEKS
                              *Defendant*

MAGISTRATE JUDGE: Hon. Michael A. Hammer

CASE NO. 19-877
DATE OF PROCEEDINGS: 5/20/2025

DATE OF ARREST:

**PROCEEDINGS:** Motion/Bail Modification Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: ___AFPD ___CJA
- [ ] WAIVER OF HRG: ___PRELIM ___REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: ___GUILTY ___NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED ___ FINANCIAL COLLOQUY
- [x] Sealed Motion to Revoke Bail Denied
- [x] Motions D.E. 363, 407, 411, and 425 are denied, except as stated otherwise in today's ruling/order.
- [x] New TPC Granted. Maintain Florida residence pre-approved by PTS Granted.
- [x] Computer access for PACER Denied.

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED – DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.          DATE:
- [ ] DETENTION/BAIL HRG.                DATE:
- [ ] TRIAL: ___COURT ___JURY            DATE:
- [ ] SENTENCING                          DATE:
- [ ] OTHER:                              DATE:

**APPEARANCES:**

AUSA: Andrew Trombley and Ingrid Eicher

DEFT. COUNSEL: Ernesto Cerimele (stand by)

PO/PTS:

INTERPRETER
    Language:

TIME COMMENCED: 2:16
TIME TERMINATED: 3:32
CD NO: ECR

J. Baker
DEPUTY CLERK