**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**
v.
**JOBADIAH SINCLAIR WEEKS**,
Defendant.

**Case No. 2:19-cr-00877-CCC**

**NOTICE OF WITHDRAWAL AND CLARIFICATION REGARDING DOCKET NO. 396**

Defendant Jobadiah Sinclair Weeks, proceeding pro se, respectfully submits this Notice to clarify the procedural record regarding Docket No. 396.

That filing, submitted earlier in these proceedings, included language and claims that reflected a different stage in Defendant legal approach. While some aspects may have touched upon broader civil and jurisdictional concerns, Defendant now wishes to clarify that **Docket No. 396 should not be read as reflecting Defendant´s current legal strategy** in this matter.

At the time, Defendant's intent was simply to demonstrate that Defendant could prevail and prove Defendant innocence in both an Article III judicial setting as well as an Article IV administrative context. However, Defendant now realizes that raising so many complex procedural and jurisdictional arguments in this case—**a case that Defendant firmly believes is meritless and unsupported by credible evidence**—has only served to slow down the process. Defendant's goal remains clear: to secure a prompt and just dismissal of this matter so that Defendant can move forward with his life.

It has now been nearly six years since this case began, and with the imminent arrival of Defendant child, Defendant is focused on resolving this matter once and for all and turning the page to build a future of peace, stability, and family.

Defendant recognizes that Docket No. 396 may have included terminology or assertions that may not align with the formal framework of federal criminal procedure. If so, it was not intended to present binding legal claims and should not be construed as controlling with respect to any current motions or requests before the Court. Defendant understands that we need to do these things step by step and that Defendant was getting ahead of himself.

1

**Defendant emphasizes that all operative claims and requests for relief are now fully stated and addressed in subsequent filings, including:**

- The **Motion to Withdraw Guilty Plea** (Dkt. No. **401**, filed February 20, 2025);
- The **Selective Prosecution Motion** (Dkt. No. **403**, filed February 21, 2025);
- The **Rule 16 and Brady Discovery Motions** (Dkt. Nos. **402** and **407**, filed February and May 2025);
- The **Bail-Related Motions** (Dkt. Nos. **404** and **406**, filed May 2025);
- Defendant's **Replies and Supplemental Responses** (Dkt. Nos. **420**, **421**, **433**, and **435**);
- The **Post-Hearing Statement of Position** (filed May 21, 2025; docket number pending).

The only Government response to date has been the April 22, 2025 letter (ECF No. 417), which does not substantively address Defendant's detailed legal and factual arguments.

Accordingly, Defendant respectfully requests that the Court deem Docket No. 396 withdrawn and rely on subsequent filings as the basis for ongoing proceedings.

Defendant hopes this action will make it easier for the court to promptly dismiss this case.

**Respectfully submitted,**
/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se
Electronically Signed via DocuSign
Dated: May 26, 2025



Signed by:
Joby Weeks
87866A420DB4490...

2