**UNITED STATES DISTRICT COURT**
District of New Jersey

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
JOBADIAH SINCLAIR WEEKS,
Defendant.

**Criminal No.: 19-877 (CCC)**

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM ON COUNT TWO DUE PROCESS AND RETROACTIVITY**

Defendant **(Pro Se)** respectfully moves this Honorable Court for leave to file the attached **Supplemental Memorandum of Law Regarding Retroactivity, Count Two, and Lack of Fair Notice** in support of the constitutional issues presently under consideration in this matter. In support of this Motion, Defendant states as follows:

1. The Court presently has under submission various filings addressing, among other issues, **plea withdrawal**, **discovery violations**, **due process**, and **constitutional infirmities** raised by the Government's charging theories.

2. The attached **Supplemental Memorandum** is submitted solely to assist the Court's consideration of those matters by providing focused legal analysis on the **retroactive application of securities law theories** in **Count Two** of the Indictment.

3. This Memorandum does **not** introduce new factual allegations or seek to reopen any closed evidentiary record, but rather **clarifies legal and constitutional arguments** already embedded in the pending motions.

4. In the interest of **judicial efficiency and consistency**, Defendant respectfully requests that the Court either:

   ○ (a) **consider the attached Memorandum on Count Two in conjunction with the motions currently under submission**, including those addressing plea withdrawal and due process; or, in the alternative,

   ○ (b) **grant leave to file this Memorandum separately**, and **resolve the issues raised herein following its decision on the existing filings**.

5. The Government will not be prejudiced by the Court's consideration of these **supplemental legal arguments**, as the Memorandum relies entirely upon **public documents**, **judicially noticeable materials**, and **existing filings**.

Docusign Envelope ID: 64C34A89-C897-4C9A-9F7B-DCD484406D4E

**WHEREFORE**, Defendant respectfully requests that this Court **grant leave to file** the attached **Supplemental Memorandum on Count Two** and either **consider it alongside the motions currently under submission**, or **rule on it separately thereafter**, as the Court deems appropriate.

/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue, Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
**Electronically Signed via DocuSign**

Signed by:



87866A420DB4490...

June 20, 2025