**UNITED STATES DISTRICT COURT**
District of New Jersey

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
JOBADIAH SINCLAIR WEEKS,
Defendant.

**Criminal No.: 19-877 (CCC)**

## NOTICE OF FILING OF SUPPLEMENTAL MEMORANDUM

PLEASE TAKE NOTICE that Defendant (Pro Se) hereby files the attached:

- **Supplemental Memorandum of Law Regarding Retroactivity, Count Two, and Lack of Fair Notice**.

This filing is submitted for the Court's consideration in connection with the matters presently under submission.

/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
**Electronically Signed via DocuSign**

Signed by:

*Joby Weeks*

87866A420DB4490...

June 20, 2025