**CERTIFICATE OF SERVICE**

I hereby certify that on this 24rd day of June, 2025, a true and correct copy of the foregoing *Motion to Compel IRS and DOJ Enforcement Records and to Dismiss Selective and Unequal Tax Charges in Violation of Due Process* was served via electronic mail upon the following counsel of record:

**Ingrid Eicher**
 Assistant United States Attorney
 U.S. Attorney's Office, District of New Jersey
 Email: ingrid.eicher@usdoj.gov

**Andrew Kogan**
 Assistant United States Attorney
 U.S. Attorney's Office, District of New Jersey
 Email: andrew.kogan@usdoj.gov

**Vinay Limbachia**
 Assistant United States Attorney
 U.S. Attorney's Office, District of New Jersey
 Email: vinay.limbachia@usdoj.gov

Respectfully submitted,

/s/ Jobadiah Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: June 23, 2025

*Signed by: Joby Weeks — 87866A420DB4490...*