# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 19-877 (CCC) |
| -v- | |
| JOBADIAH SINCLAIR WEEKS, | **ORDER** |
| Defendant. | |

This matter having come before the Court by way of the Defendant's August 1, 2025 application to modify the conditions of bail in order to allow him to travel to Lake Jackson, Texas from August 8, 2025 to August 10, 2025 [D.E. 460];

and the Court also having considered the August 5, 2025 opposition of the United States [D.E. 462], and Defendant's August 6, 2025 reply [D.E. 463];

and the Court having conducted a hearing on the record on August 6, 2025;

and for the reasons set forth on the record on August 6, 2025;

IT IS on this 6th day of August 2025,

ORDERED that Defendant's August 1, 2025 application to modify the conditions of bail in order to allow him to travel to Lake Jackson, Texas from August 8, 2025 to August 10, 2025 [D.E. 460] is DENIED.

SO ORDERED.

*s/ Michael A. Hammer*
United States Magistrate Judge