**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**UNITED STATES OF AMERICA**
 v.
 **JOBADIAH SINCLAIR WEEKS**
 Criminal No. 2:19-cr-00877-CCC

## DEFENDANT'S MOTION TO COMPEL PROMPT RULING ON LIMITED DISCLOSURE RELIEF IN SEALED SUPPLEMENT (SECTION VI.A)

*(Filed Under Seal)*

Defendant, Jobadiah Sinclair Weeks, respectfully moves this Court to issue a ruling on Section VI.A ("Immediate Disclosure and Reconciliation") of his sealed **Supplemental Notice of Post-Filing Discrepancies and Request for Judicial Relief**, filed June 17, 2025 and docketed under seal in connection with Dkt. No. 446.

## I. Background

- On **June 6, 2025**, Defendant filed a **Supplemental Motion for Return of Seized Assets** (Dkt. 446), pursuant to Rule 41(g).

- On **June 17, 2025**, Defendant filed a **Supplemental Notice of Post-Filing Discrepancies and Request for Judicial Relief**, under seal, incorporating new factual findings and requesting specific disclosure and inventory reconciliation relief in **Section VI.A**.

- To date, **no government opposition has been filed**, and **no judicial ruling** has been issued on either the June 6 motion or the June 17 supplement.

## II. Basis for Relief Requested

Defendant now respectfully requests that the Court rule **only on Section VI.A** of the sealed supplemental filing. This section requests targeted procedural and custodial relief, including:

1. A fully reconciled, consolidated inventory cross-referencing all seized items, including 1B numbers, control numbers, physical descriptions, evidence box identifications, and seizure locations;

2. Full production of all chain-of-custody logs for both the Arvada and Palm Beach seizures, including transport, storage, intake, transfer, and any internal investigative access logs;

Docusign Envelope ID: 423ED873-1BAD-496D-82F7-7258312966B4

3. Written disclosure and explanation for missing high-value items as previously enumerated;

4. Sworn declarations from responsible custodial agents identifying the current status, location, and handling of all seized property;

5. A written explanation for any unavailable records, including identification of responsible personnel, efforts to locate such records, and any indication of prior unauthorized disposal or transfer of seized property.

This relief is narrowly tailored and procedural in nature. It does not require the Court to resolve issues of asset ownership, valuation, or immediate release (which are addressed separately in Section VI.B). Rather, it seeks only custodial transparency and evidentiary clarity to support forthcoming motions and preserve the integrity of judicial proceedings.

## III. Conclusion

WHEREFORE, Defendant respectfully requests that the Court issue a ruling **specifically on Section VI.A** of the sealed supplemental notice filed June 17, 2025, see Exhibit A, and grant the disclosure and reconciliation relief described therein.

Respectfully submitted,
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: August 7, 2025

Signed by:



87866A420DB4490...