## CERTIFICATE OF SERVICE

I hereby certify that on this August 7, 2025, a true and correct copy of the foregoing **Motion to Compel Ruling on Defendant's Motion for Partial Return of Property (Dkt. 446)** and the accompanying **Proposed Order** were served via ECF and/or email upon the following:

**Ingrid Eicher**
Assistant United States Attorney
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Email: *ingrid.eicher@usdoj.gov*

Respectfully submitted,

Respectfully submitted,
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: August 7, 2025



Signed by:
Joby Weeks
87866A420DB4490...