**Honorable Michael A. Hammer**
United States Magistrate Judge
Martin Luther King Jr. Building
& United States Courthouse
50 Walnut Street
Newark, New Jersey 07101

**Re: United States v. Jobadiah Sinclair Weeks**
 **Crim. No. 19-877 (CCC)**

**Dear Judge Hammer,**

While awaiting the Court's ruling on my motion (Dkt. 459), I respectfully request a modification of my current home incarceration conditions to allow limited and scheduled access to the **grounds and facilities** of my residential complex for the purposes of physical exercise and well-being.

I respectfully request a modification of my current home incarceration conditions to permit limited, scheduled access to the grounds and facilities of my residential complex for purposes of physical exercise and well-being.

Specifically, I request permission to:

- Be present **on the grounds of my residence** between **9:00 a.m. and 12:00 p.m.** and between **7:00 p.m. and 9:00 p.m.**; and

- Use **on-site amenities** within the building during those times, including the **swimming pool**, **tennis/basketball courts**, and **gym**.

These activities would take place entirely **within the secured property of my residence**, under continuous GPS monitoring, and would not involve leaving the premises.

I have **no history of violence, no violations involving harm to others, and no risk to the community**. Allowing limited access to on-site facilities for exercise and fresh air is consistent with **public safety**.

I also note that **courts have frequently granted similar modifications** for individuals under home incarceration when the requested activities occur **within the geo fenced monitored property** and remain subject to location monitoring safeguards. Such modifications are recognized as reasonable to protect physical and mental health without undermining the purpose of home confinement.

This request is made to address health and well-being needs by allowing reasonable access to fresh air, physical activity, and exercise. Even in detention facilities, scheduled outdoor and recreational time is considered a basic minimum standard for physical and mental health.

I remain committed to abiding by the Court's orders, and I believe this modification will support my continued compliance while addressing legitimate health concerns.

Thank you for your consideration.

**/s/ Jobadiah Sinclair Weeks**
**Jobadiah Sinclair Weeks**
Defendant, Pro Se
Electronically Signed via DocuSign
Dated: August 8, 2025



Signed by:
Joby Weeks
87866A420DB4490...