# Exhibit A.

April 2, 2025 mail of Torntore

Notice of Objection to Government's Extension Request – USA v. Goettsche, et al. (2:19-cr-00877) - silenceweeks1@gmail.com - Gmail

☰  **M** Gmail          🔍  Anthony.Torntore@usdoj.gov                                    ✕  ☷                    ⊙  ⚙  ✦  ⠿

📄 objection to exte…

---

   (A)   **Torntore, Anthony (USANJ)** <Anthony.Torntore@usdoj.gov>                    Wed, Apr 2, 5:45 PM
         to Ernesto, me

Received, thank you.

I also advised your standby counsel, cc'ed here, that I am working with the FBI/IRS agents in this matter to return personal property to you.  We plan to provide that property to Mr. Cerimele who can arrange it's transfer to you.

Thanks,

Anthony P. Torntore
Chief, Cybercrime Unit
U.S. Attorney's Office, District of New Jersey
970 Broad Street, Newark, NJ 07102
Desk: 973.645.2726
Cell: 201.341.0398

---

**From:** Silence Weeks <silenceweeks1@gmail.com>
**Sent:** Wednesday, April 2, 2025 11:39 AM
**To:** Torntore, Anthony (USANJ) <Anthony.Torntore@usdoj.gov>
**Subject:** [EXTERNAL] Notice of Objection to Government's Extension Request – USA v. Goettsche, et al. (2:19-cr-00877)