# Exhibit A

Continuance Timeline

| | Speedy Trial Act – Continuance / Exclusion Timeline | | | |
|---|---|---|---|---|
| Dkt. # | Date (Filed/Order) | Period Excluded | Reason Cited | Potential Error / Weakness |
| 28 | jan. 15, 2020 | Jan. 15 – Mar. 15, 2020 | Counsel needed "reasonable time for effective preparation." Defendant consented/waived. | Boilerplate; no case-specific facts; not a "complex case" finding; consent does not excuse court's duty (Zedner). |
| 40 | feb. 2020 | Through Mar. 2020 | Continuance for prep time, ends of justice. | Same boilerplate; no factual justification. |
| 60 | Mar. 13, 2020 | Mar. – May 2020 | Declared case "complex" (§ 3161(h)(7)(B)(ii)): 2M records, 80+ devices, Romania server, novel legal issues. | "Novel" issues = gov't retroactive securities theory (not true novelty); complexity assumed, not proven; no individualized analysis for each defendant. |
| 65 | Mar. 2020 | Ongoing | Continuance (COVID context beginning). | Early COVID delays applied without weighing defendant's rights. |
| 89 | May 5, 2020 | — | Goettsche objects to Speedy Trial exclusions during COVID; cites counsel access limits. | Shows contemporaneous defendant objection; court failed to address prejudice. |
| 94 | May 28, 2020 | — | Weeks files bail appeal citing Speedy Trial + due process violations. | On record: bail + STA prejudice ignored. |
| 95 | May 22, 2020 | Through Aug. 31, 2020 | Standing Order 2020-12: all trials postponed due to COVID. | Blanket order; no individualized findings; ignores § 3164 90-day rule for detainees. |
| 118 | jul. 16, 2020 | Ongoing | Case "complex," voluminous discovery, privilege review. | Repeats same boilerplate; no new findings. |

| | | | | | |
|---|---|---|---|---|---|
| 134 | sep. 23, 2020 | Until Jan. 4, 2021 | Standing Order: COVID jury trial suspension. | Blanket order; Weeks detained without individualized relief. | |
| 159 | nov. 12, 2020 | Until early 2021 | Complex case, voluminous discovery, plea discussions. | Still boilerplate; no victims identified. | |
| 185 | feb. 26, 2021 | Ongoing | Reiterates complexity, millions of records, Romania server. | By 2021 discovery largely in gov't control; repeated justification. | |
| 188/189 | Mar. 16–19, 2021 | Until later 2021 | Continuance orders entered. | Still generic; repeats statutory buzzwords. | |
| 303 | sep. 2023 | Until 2024 | Complex, voluminous discovery, plea talks. | By 2023 case pending 4 years; no specific fresh justification; prejudice mounting. | |
| 318 | jan. 2024 | Until May 2024 | Same complexity + plea rationale. | Copy-paste; fails Zedner requirement for contemporaneous specific findings. | |
| 340 | May 31, 2024 | Until late 2024 | Complex case, 2M records, Romania servers, plea talks. | Discovery long available; novelty claim exhausted; boilerplate. | |
| 376 | nov. 29, 2024 | Until Feb. 2025 | Complex, voluminous discovery, plea discussions. | Same recycled findings; no new facts; public & defendant interest ignored. | |
| 396 | feb. 2025 | — | (Goettsche/Weeks filings – bail & plea issues). | Highlights parallel prejudice arguments; STA clock still tolled. | |
| 401 | feb. 21, 2025 | — | Weeks motion to withdraw plea, cites fraud + due process. | STA prejudice included indirectly; court delays ruling. | |
| 403 | Mar. 3, 2025 | — | Weeks' Motion to Compel Discovery on Selective Prosecution. | Demonstrates prejudicial delay: selective prosecution + Brady claims tied to STA delays. | |

| # | Date | Range | Subject | Notes | |
|---|---|---|---|---|---|
| 435 | May 16, 2025 (exhibits) | — | Bail dispute; Feb. 27, 2025 letter demanding relief. | Cites disparate pretrial conditions and STA prejudice. | |
| 453 | jun. 24, 2025 | — | Weeks filings on due process, STA, bail disparities. | Prolonged gov't silence; failure to respond undermines fairness. | |
| 457 | jul. 15, 2025 | — | Motion to Modify Conditions; cites Strunk (1973) and STA. | Brings in "justice delayed is justice denied" precedent. | |
| 459 | jul. 22, 2025 | — | Consolidated Motion to Modify Conditions; seeks parity with Goettsche. | Argues STA & bail prejudice from delay; cites Magna Carta & Strunk. | |
| 478 | aug. 29, 2025 | Aug. 29 – Oct. 30, 2025 | Complex case; 2M records; Romania servers; plea talks. | Exact same boilerplate as 2020–24; after 5+ years still no individualized findings; rubber-stamping violates Zedner. | |

# Exhibit B

Romania Server Justification Repetition

| Exhibit – Romania Servers | | |
|---|---|---|
| **Dkt. / Date** | **Claim** | **Reality / Contradiction** |
| 60 (Mar 2020) | Discovery included "millions of records and website servers." | No Romania mentioned yet. |
| 303 (Sep 2023) | "Server data produced from Romania" as justification for exclusion. | First time Romania invoked. |
| 318 (Jan 2024) | Repeated Romania reference. | Same boilerplate. |
| 340 (May 2024) | Again cites Romania servers. | Stale; no detail on when data was received. |
| 376 (Nov 2024) | Romania server data cited again. | Recycled. |
| 478 (Aug 2025) | Still lists Romania servers. | Nearly 2 years later, same excuse, no update → proof of boilerplate recycling. |

# Exhibit C

Victim Narrative Errors & Inconsistencies

| Dkt. / Date | Gov't Claim | Reality / Contradiction |
|---|---|---|
| 34 (Jan 2020) | "Thousands of victims," ask to notify via DOJ website. | No victim list ever produced. Publication order proves gov't couldn't identify individuals. |
| 70 (Mar 2020) | "Nine-figure fraud, countless victims" to oppose bail. | No affidavits or records. Narrative inflated for detention. |
| 112 (Jul 2020, Balaci plea) | Fraud harmed investors. | Balaci pled under §371, max 5 years; restitution undefined; no $722M loss figure. |
| 124 (Sep 2020, Abel plea) | Gov't claimed global fraud. | Gov't accepted only $3.5–9.5M tax loss, not victim losses. |
| 184 (Feb 2021) | Court order: "thousands of investors" → notice by publication. | Still no victim identities, just generic posting. |
| 264 (Sep 2022) | Gov't: "$2 billion pyramid scheme, thousands of victims." | Narrative inflation (from $722M to $2B). No proof. |
| 371 (Oct 2024, Draft PSR) | Victim losses tied to Weeks. | Only 12 victims, $458k total (<0.1%); probation note: "verification awaited." None mention Weeks. |
| 1206/2025 Motion to Dismiss Count | DOJ still cites "thousands of victims, $722M losses." | Motion proves no verified affidavits, IRS records, or bank data; losses caused by DOJ seizure of servers; miners were true victims. |

## Victim Narrative Errors & Inconsistencies Table

| Dkt. / Filing | Gov't Claim re: Victims | Actual Record / Defense Proof | Error / Inconsistency |
|---|---|---|---|
| 34 (Jan 30, 2020) Gov't motion for alternative notification | "Likely thousands of victims" → impracticable to notify individually; ask to use DOJ website | Gov't admitted it had not identified or located victims, relied only on assumption of "thousands." | Used inflated victim count to justify "complex case" status without evidence. |
| 70 (Mar 24, 2020) Gov't bail opposition | "Nine-figure fraud," "countless victims," huge losses | No affidavits, IRS records, or victim list produced; claims based on speculation. | Inflated rhetoric to oppose bail while discovery incomplete. |
| 94 (May 28, 2020) Weeks bail appeal | Gov't implied dangerousness and investor harm | Defense showed mistaken facts: foreign accounts closed, no ongoing ties; Weeks was IRS-cooperative. | Undercuts gov't credibility on victims and risk narrative. |
| 112 (Jul 9, 2020) Balaci plea | Gov't claimed fraud harmed many investors | Balaci pled only to §371 conspiracy with max 5 years; no $722M loss figure; restitution "to be determined." | Victim/loss claims did not survive into plea; undermines complexity claim. |
| 124 (Sep 3, 2020) Abel plea | Gov't narrative: global fraud, thousands of victims | Gov't accepted tax loss only ($3.5M–$9.5M), not investor loss; no restitution tied to "victims." | Contradicts $722M/$2B fraud claims; Abel's plea shrinks loss scope dramatically. |
| 184 (Feb 11, 2021) Court order alt. victim notice | "Thousands of investors," impracticable to notify | Still no verified list of victims; continued use of website posting only. | Gov't still unable to identify victims two years in. |
| 264 (Sep 30, 2022) Gov't opposes Goettsche bail | BCN = "$2 billion pyramid scheme," "thousands of victims" | Number suddenly doubled (from $722M to $2B); no documentation filed; no restitution records. | Narrative inflation without proof; prejudicial exaggeration. |

| | | | |
|---|---|---|---|
| **371 Draft PSR (Oct 25, 2024)** | Alleged victims tied to Weeks | Lists only 12 victims, $458,502.40 total losses (<0.1% of indictment's $722M); probation note: "verification from gov't awaited." | Completely undermines "thousands of victims / $722M" story. |
| **1206/2025 Motion to Dismiss Count 1 (Weeks)** | Gov't continued to rely on "thousands of victims" and "hundreds of millions lost" | Motion shows: no verified affidavits, only 12 victims cited (none tied to Weeks); Abel implicated instead; losses caused by gov't seizure of mining servers; miners = true victims; ~90,000 BTC + 650,000 ETH unaccounted for. | Demonstrates gov't never substantiated victim claims; DOJ itself caused financial harm by seizures; Count 1 used only as leverage, not supported by evidence. |

# Exhibit D

Recurring Justifications Table

# Exhibit E

Discovery / Privilege Review Table

| Recurring Justifications in Speedy Trial Continuances | | | |
|---|---|---|---|
| **Justification / Reason Cited** | **First Appearance (Dkt. # / Date)** | **Repetitions** | **Notes** |
| **Complex Case (unusual/novel issues)** | Dkt. 60 (Mar. 13, 2020) | Repeated in nearly every order through Dkt. 478 (Aug. 2025) | Boilerplate; "novel" questions tied to gov't retroactive securities theory; not complex by nature of facts. |
| **Voluminous Discovery (2M records, 80+ devices, servers)** | Dkt. 60 (Mar. 2020) | Dkts. 60, 118, 159, 185, 303, 318, 340, 376, 478 | By 2023–25, long since produced; court/gov't never updated on filtering/production; excuse went stale. |
| **Romania Server Data** | Dkt. 303 (Sep. 29, 2023) | Dkts. 303, 318, 340, 376, 478 | Treated as "new" for 2 years; no date of receipt given; repetition suggests boilerplate recycling. |
| **Plea Negotiations May Save Resources** | Dkt. 159 (Nov. 12, 2020) | Dkts. 159, 185, 303, 318, 340, 376, 478 | Plea talks not a proper STA basis (United States v. Larson); speculative; court cannot exclude time solely for this. |
| **COVID Standing Orders (all criminal cases delayed)** | Dkt. 95 (May 22, 2020) | Dkt. 134 (Sep. 23, 2020) | Blanket exclusions; ignored § 3164 90-day trial rule for detainees; no individualized findings. |
| **Counsel Preparation Time (ends of justice)** | Dkt. 28 (Jan. 15, 2020) | Early continuances (Dkts. 28, 40, 65) | Boilerplate; no specifics; court never explained why prep required beyond 70 days. |
| **Privilege Review / Filtering Discovery** | Dkt. 118 (Jul. 16, 2020) | Later referenced alongside "voluminous discovery." | Vague; no details on scope, timeline, or why privilege review requires multi-year delays. |
| **Translation / Foreign Evidence** | Dkt. 159 (Nov. 12, 2020) (foreign servers/data) | Later folded into Romania server justification. | Vague; no timeline on when data arrived; not inherently novel. |

| | | | |
|---|---|---|---|
| **Judicial Economy / Conservation of Resources** | Dkt. 159 (Nov. 12, 2020) | Repeated in 185, 303, 318, 340, 376, 478 | Generic; conserving resources is not a lawful STA justification; looks like a fallback boilerplate. |

# Exhibit F

Post-Plea Requests for Exclusions Timeline

| Exhibit H – Post-Plea Requests for Exclusions | | | |
|---|---|---|---|
| **Date / Dkt. #** | **Government Request** | **Basis Cited** | **Notes / Contradiction** |
| **Sep 29, 2023 – Dkt. 303** | Gov't request for exclusion | Complexity, Romania servers, plea talks | By this point, Abel and Balaci had already pled. Count 1's victim narrative was discredited, yet Gov't still cited "thousands of victims" and "servers." |
| **Jan 2024 – Dkt. 318** | Gov't request for exclusion | Same as Dkt. 303 | No new factual findings; recycled claims. |
| **May 31, 2024 – Dkt. 340** | Gov't continuance motion | Complexity, Romania servers, plea | No individualized findings; by now Draft PSR (Oct. 2024) showed only 12 alleged victims, none tied to Weeks. |
| **Nov 29, 2024 – Dkt. 376** | Gov't request for exclusion | Complexity, Romania servers, plea | Repetition of prior boilerplate; ignores collapse of victim narrative and irrelevance of servers. |
| **Aug 29, 2025 – Dkt. 478** | Gov't continuance motion | Complexity, Romania servers, plea | Nearly identical to 2023–24 requests. |