UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 2:19-cr-877 (CCC)

## MOTION TO UNSEAL DEFENDANT'S PRIOR SEALED FILINGS

**INTRODUCTION**
Defendant Jobadiah Sinclair Weeks respectfully moves this Court to unseal his own previously filed submissions that remain under seal, so that they may be properly referenced in related motions, preserved for appellate review, and available on the public docket.

**BACKGROUND**

- On **June 17, 2025**, Defendant filed a **Supplemental Notice of Post-Filing Discrepancies and Request for Judicial Relief** (sealed) in support of Dkt. 446.

- On **August 7, 2025**, Defendant filed a **Motion to Compel Prompt Ruling on Section VI.A of the June 17 sealed supplement** (also sealed).

- These filings contain information directly relevant to asset custody, inventories, and chain of custody. They are Defendant's own submissions and do not include classified information or grand jury material.

- Defendant now waives confidentiality as to these filings, and requests that they be unsealed or, in the alternative, refiled in redacted form.

**LEGAL STANDARD**

- The common law and First Amendment provide a qualified right of access to judicial records. *In re Application of Newsday, Inc.*, 895 F.2d 74, 79 (2d Cir. 1990).
- Sealing must be narrowly tailored to serve a compelling interest.
- A party may waive confidentiality over its own filings.

**ARGUMENT**

1. **Transparency Serves Judicial Integrity**

    - These filings address Government custodial failures and support Defendant's motions under Rule 41(g) and Rule 11(d)(2)(B).
    - Unsealing will ensure clarity for the Court, appellate review, and the public docket.

2. **Government's Interests Not Impaired**

    - The filings contain no information that would compromise ongoing investigations beyond issues already disclosed in public filings (e.g., asset discrepancies, chain-of-custody failures).
    - Any sensitive identifiers (e.g., wallet addresses, serial numbers) can be redacted if necessary.

3. **Defendant Waives Confidentiality**

    - As the submitting party, Defendant expressly waives confidentiality.
    - Continued sealing would prejudice Defendant by limiting his ability to cite his own filings in future briefing and appeals.

4. **Appeal Prejudice if Records Remain Sealed**

    - Defendant's Supplemental Motion to Vacate the Plea and Motion to Compel Accounting both rely on the factual record described in the June 17, 2025 and August 7, 2025 submissions.
    - Unless those filings are unsealed or refiled in redacted form, the factual basis for these claims will remain obscured from appellate review, causing significant prejudice.

5. **Government Silence Now Requires Transparency**

   Defendant initially filed the June 17, 2025 and August 7, 2025 submissions under seal to avoid unnecessary embarrassment to the Government and to provide the Court an opportunity to resolve custodial discrepancies discreetly. The Government has not responded to those sealed filings, nor taken any steps to reconcile the missing or mishandled assets. Given this silence, continued sealing only serves to obscure the record and prejudice Defendant. The time has come to address these issues openly. Transparency before this Court—and, if necessary, before higher levels of the Department of Justice—has become unavoidable.

**RELIEF REQUESTED**

Defendant respectfully requests that the Court:

1. Unseal the **June 17, 2025 Supplemental Notice of Post-Filing Discrepancies** (sealed supplement to Dkt. 446);

2. Unseal the **August 7, 2025 Motion to Compel Ruling on Section VI.A** (sealed);

3. Alternatively, permit Defendant to refile both submissions in redacted form, with only limited redactions of wallet addresses, serial numbers, or other sensitive identifiers.

**CONCLUSION**

For the foregoing reasons, Defendant respectfully requests that this Court grant this Motion and unseal his prior sealed filings.

Respectfully submitted,
/s/ Jobadiah Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant
2301 Collins Avenue
Miami Beach, FL 33139
Email: silenceweeks1@gmail.com
Electronically Signed via DocuSign
Dated: September 12, 2025


Signed by: Joby Weeks
87866A420DB4490...