

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Trevor A. Chenoweth*  *970 Broad Street, 7th floor*  973-645-2700
*Assistant U.S. Attorney*  *Newark, New Jersey 07102*

October 10, 2025

**Via ECF**

Hon. Michael A. Hammer
U.S. Magistrate Judge
Martin Luther King, Jr. Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: <u>United States v. Jobadiah S. Weeks</u>, Crim. No. 19-877

Dear Judge Hammer:

  We write to memorialize the Government's response to defendant Jobadiah S. Weeks's motion for a temporary modification of the conditions of his pretrial release to allow a change in his approved residence to a vacation rental in West Palm Beach, Florida, while his current residence undergoes mold remediation work. ECF No. 495.

  As discussed in email communication with the Court's courtroom deputy, U.S. Pretrial Services for the District of New Jersey, U.S. Probation Office for the Southern District of Florida, and standby counsel for defendant, the Government does not oppose the temporary modification based on U.S. Pretrial Services' investigation, with all conditions continuing to apply. Accordingly, the Government has no objection to the Court's order granting the requested modification. ECF No. 498.

  The Government takes this position for purposes of the temporary relocation only, and without prejudice to the position the Government may take at the virtual bail modification hearing scheduled for November 6, 2025.

  The Government remains available to answer any questions or provide further information as necessary.

- 2 -

                      Respectfully submitted,

                      TODD BLANCHE
                      United States Deputy Attorney General

                      ALINA HABBA
                      Acting United States Attorney
                      Special Attorney

By:    Trevor A. Chenoweth
        Robert Taj Moore
        Assistant U.S. Attorneys

cc:    Jobadiah S. Weeks (via ECF)
        Ernesto Cerimele, Esq. (via ECF)