UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

United States of America,
    Plaintiff,

v.

Jobadiah Sinclair Weeks,
    Defendant.

Crim. No. 19-cr-877 (CCC)

CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, appearing *pro se*, hereby certify that on October 20, 2025, I filed and served the following document:

- *Notice Regarding Prior Bail-Condition Motions (Dkts. 444 & 457) and Relation to Motion for Reconsideration (Dkt. 500)*, together with any attached proposed order,

by filing the same through the Court's CM/ECF electronic filing system, which automatically serves all registered counsel of record, including:

    Robert Frazer Moore
    Assistant United States Attorney
    Office of the United States Attorney, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: Robert.Moore3@usdoj.gov

    Trevor Chenoweth
    Assistant United States Attorney
    Office of the United States Attorney, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: Trevor.Chenoweth@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,


Jobadiah Sinclair Weeks (pro se)
Signed via DocuSign
/s/ Jobadiah Sinclair Weeks
18101 Collins Avenue, #4209
Sunny Isles Beach, FL 33160

Dated: October 20, 2025