**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a true and correct copy of the foregoing letter regarding docket irregularities to be served via electronic mail upon the following counsel for the United States:

**Robert Taj Moore, Assistant U.S. Attorney**
 Email: robert.moore@usdoj.gov

**Trevor A. Chenoweth, Assistant U.S. Attorney**
 Email: trevor.chenoweth@usdoj.gov

Because I am proceeding pro se and do not have access to CM/ECF electronic filing privileges, service is made by email consistent with the Court's prior orders governing pro se submissions.

Dated: December 2, 2025
/s/ **Jobadiah Sinclair Weeks**
Pro Se Defendant



Signed by:
Joby Weeks
87866A420DB4490...