# Exhibit A

Government Compliance Index (21 Questions)

EXHIBIT A

Government Compliance Index (21 Clarification Questions)

## A. Record-Integrity & Transcript Issues

| # | Clarification Requested (Question Presented) | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 1 | Whether the Government can confirm that the November 5, 2020 plea transcript has been filed or certified. | Confirmation of filing, docketing, or certification. | pp. 1–4 | Not answered |
| 2 | Whether the Government can confirm that the February 5, 2025 Faretta transcript has been filed or certified. | Confirmation of filing, docketing, or certification. | pp. 5, 12 | Not answered |
| 3 | Whether any "August 12, 2020 proffer session" occurred and, if not, the basis for the date referenced in ECF No. 497. | Clarification of date, source, and factual basis. | pp. 3–4, 12 | Partially answered (no factual confirmation) |
| 4 | Whether the Court relied on any sealed, unfiled, or non-record materials in ECF No. 497. | Identification of sealed or unfiled items. | pp. 3–4, 11 | Not answered |

**B. Discovery / Brady / Rule 16**

| # | Clarification Requested | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 5 | Whether Rule 16 materials were produced directly to Defendant after the Faretta hearing. | Production dates and method. | pp. 4, 6, 13 | Not answered |
| 6 | Whether the Government can provide a privilege log or certification for SARs, the Crypto Seizure Memorandum, and IRS-CI memoranda. | Privilege basis, privilege log, or certification. | pp. 3–4, 11, 13 | Partially answered |
| 7 | Whether the Government can certify the completeness of its discovery productions. | Certification or explanation of gaps. | p. 13 | Not answered |

**C. Rule 41(g) Custody / Assets**

| # | Clarification Requested | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 8 | Whether the Government can identify the current custodian and jurisdictional basis for continued custody of 3.67 BTC. | Identification of custodian and statutory authority. | pp. 6–7, 13–14 | Partially answered (jurisdiction not addressed) |
| 9 | Whether the Government can identify any statutory basis for continued restraint of assets following dismissal of Count One. | Forfeiture statute or authority. | pp. 13–14 | Not answered |
| 10 | Whether the Government can certify the wallet IDs, transaction IDs (TXIDs), and accounting for seized digital assets. | Certification of identifiers and chain of custody. | p. 14 | Not answered |

**D. Plea Voluntariness / Coercion**

| # | Clarification Requested | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 11 | Whether the Government verified that confinement or detention conditions did not affect the voluntariness of the plea. | Any inquiry or verification performed. | pp. 7–8, 11 | Not answered |
| 12 | Whether the Government considered whether asset restraints created coercive pressure relevant to plea voluntariness. | Any analysis or assessment performed. | pp. 7–8 | Not answered |
| 13 | Whether the Government's harmless-error position addresses the controlling Rule 11 authorities cited by Defendant. | Engagement with cited caselaw. | pp. 7–8 | Partially answered |
| 14 | Whether an evidentiary hearing is appropriate given missing transcripts and unresolved factual issues. | Position on hearing necessity. | pp. 7–8, 12 | Not answered |

**E. Fair Notice / Retroactivity**

| # | Clarification Requested | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 15 | Whether Defendant had fair notice of criminal liability during 2014–2019. | Basis for clear statutory notice. | pp. 9–10 | Partially answered |
| 16 | Whether the Government can explain its reliance on post-2019 standards to evaluate 2014–2019 conduct. | Explanation of retroactive application. | pp. 9–10 | Not answered |
| 17 | Whether current DOJ/IRS policy treats similar conduct as criminal. | Policy comparison or certification. | pp. 9–10 | Partially answered |

**F. Clerical / Mootness / Records**

| # | Clarification Requested | Expected Clarification | ECF 511 Cite | Government Response |
|---|---|---|---|---|
| 18 | Whether the Government will correct identified clerical or factual errors in ECF No. 497. | Correction or confirmation. | pp. 12–13 | Not answered |
| 19 | Whether the Government can substantiate its mootness position. | Legal basis given surviving issues. | pp. 5–6, 13 | Not answered |
| 20 | Whether the Government can identify which materials remain sealed and the status of the record's completion. | Sealed/unsealed index or confirmation. | p. 13 | Not answered |
| 21 | Whether the Government supports entry of an administrative order completing and clarifying the record. | Position on administrative record completion. | pp. 11–12 | Not answered |