**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, I caused a true and correct copy of the foregoing

submission, together with all accompanying exhibits, to be filed via the Court's CM/ECF

system, which will automatically serve notice of filing on counsel of record for the United

States, including:

Robert Frazer Moore, Assistant United States Attorney

United States Attorney's Office, District of New Jersey

970 Broad Street, 7th Floor

Newark, NJ 07102

Email: *robert.moore3@usdoj.gov*

AUSA Sean Chenoweth

United States Attorney's Office, District of New Jersey

970 Broad Street, 7th Floor

Newark, NJ 07102

Email: *sean.chenoweth@usdoj.gov*

I further certify that a copy has been provided to United States Pretrial Services, which

maintains my address under seal in accordance with Court records.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant (pro se)
December 3, 2025
Address on file with Pretrial Services

