CERTIFICATE OF SERVICE

I, Jobadiah Sinclair Weeks, hereby certify that on this date I caused a true and correct copy of the foregoing Motion to Supplement the Record With Defendant's Clarifying Memorandum, together with its attached exhibit, to be served by electronic mail upon counsel of record for the United States:

       Assistant U.S. Attorney Trevor Chenoweth
       Trevor.Chenoweth@usdoj.gov

       Assistant U.S. Attorney Robert Frazer Moore
       Robert.Moore3@usdoj.gov
       Office of the United States Attorney
       District of New Jersey

Service was made in accordance with Fed. R. Crim. P. 49 and Local Criminal Rule 49.1, as Defendant is proceeding pro se and does not have access to the Court's electronic filing system.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Pro Se Defendant
Address on file with U.S. Pretrial Services
Dated: December 4, 2025

Signed by:

Joby Weeks

87866A420DB4490...