# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I caused a true and correct copy of the foregoing Letter-Motion to Modify Conditions of Release pursuant to 18 U.S.C. § 3142(c)(3) and the accompanying Proposed Order to be filed through the Court's Electronic Case Filing (ECF) system.

Notice of this filing will be sent by operation of the ECF system to all counsel of record, including:

- **Trevor A. Chenoweth**, Assistant United States Attorney

- **Robert Taj Moore**, Assistant United States Attorney

Because the filing was made through ECF, no additional service is required.

**/s/ Jobadiah Sinclair Weeks**
Jobadiah Sinclair Weeks
Pro Se Defendant
Address (on file with Pretrial Services)
Dated: December 10, 2025

Signed by:

Joby Weeks

87866A420DB4490...