**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2025, I caused a true and correct copy of the foregoing letter to be served via the Court's CM/ECF system upon all counsel of record, including:

**Trevor A. Chenoweth, Esq.**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

**Robert Taj Moore, Esq.**
Assistant United States Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

I further certify that I am filing this letter pro se via ECF.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, pro se
Address on file with Pretrial Services
Dated: December 16, 2025

Signed by:

Joby Weeks
87866A420DB4490...