CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, a true and correct copy of the foregoing Notice of Supplemental Authority Regarding Misapplication of Case Law in ECF 497 was served upon all counsel of record by electronic filing via the Court's CM/ECF system, which provides notice and access to registered users, including counsel for the United States. Courtesy copies were also sent by email to:

- Robert Moore — Robert.Moore3@usdoj.gov

- Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, pro se
Address on file with Pretrial Services

Signed by:
Joby Weeks
87866A420DB4490...