UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America

v.

Jobadiah Sinclair Weeks

Crim. No. 2:19-cr-00877 (CCC)

## PROPOSED ORDER

THIS MATTER having come before the Court on Defendant's request for pretrial scheduling and discovery milestones; and

THE COURT having considered the submissions and the status of discovery;

IT IS on this ___ day of January, 2026, ORDERED that:

1. Discovery Specification.
   Within 14 days of this Order, the Government shall file a notice identifying any Rule 16 discovery that remains to be produced, including whether such materials are inculpatory or exculpatory, and the anticipated form of production.

2. Rule 16 Discovery Completion.
   All Rule 16 discovery shall be completed by a date certain, no later than 30 days after the Government's filing pursuant to Paragraph 1.

3. Prior-Counsel Discovery.
   The Government shall re-produce to Defendant all discovery previously produced to any prior defense counsel, in a usable and organized format.

4. Discovery Format.
   Discovery shall be produced in an organized manner reasonably facilitating review, either through a secure digital repository or on an indexed external storage device.

5. Rule 12 Motion Deadline.
   Defendant's deadline for filing Rule 12 pretrial motions shall be 30 days after completion of Rule 16 discovery.

6. Trial Scheduling.
   The Court shall set a fixed trial date or, at minimum, a defined trial window, to which any further exclusions of time shall be tied.

7.  Preservation of Rights.
    Nothing in this Order shall be construed as a waiver of Defendant's rights under the Speedy Trial Act or the United States Constitution.


SO ORDERED.

Hon. Claire C. Cecchi
United States District Judge