## Certificate of Service

Use this verbatim, adjusting only addresses/emails if needed.

I hereby certify that on January 6, 2026, I caused a true and correct copy of the foregoing letter to be served upon the following by CM/ECF and/or electronic mail, as applicable:

- Robert Moore — Robert.Moore3@usdoj.gov

- Trevor Chenoweth — Trevor.Chenoweth@usdoj.gov

I further certify that a copy has been served upon U.S. Pretrial Services, consistent with Defendant's conditions of supervision.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, pro se
Address on file with Pretrial Services
Date: January 6, 2025

Signed by:

Joby Weeks

87866A420DB4490...