UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

United States of America
v.
Jobadiah Sinclair Weeks
Crim. No. 2:19-cr-00877 (CCC)

NOTICE OF POSTING OF PETITION FOR WRIT OF MANDAMUS

Defendant Jobadiah Weeks, proceeding pro se, hereby provides notice that a Petition for Writ of Mandamus has been posted with the United States Court of Appeals for the Third Circuit.

The mandamus petition concerns issues currently pending before this Court, including the continued sealing of portions of the record and the ongoing retention of assets, including cryptocurrency.

This Notice is filed solely to apprise the Court of the pendency of the mandamus proceeding and to ensure a complete and accurate record. No action or response by this Court is requested.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Pro Se Defendant

Address on file with Pretrial Services
Dated: January 14, 2026

Signed by:
Joby Weeks
87866A420DB4490...