**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2026, I caused the foregoing Notice Regarding Pending Record-Clarification and Supervisory Issues to be served upon counsel for the United States.

Service was effected by filing the document electronically with the Clerk of the Court using the CM/ECF system and by electronic mail upon:

**Robert Frazer Moore**
Assistant United States Attorney
Office of the United States Attorney, District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Robert.Moore3@usdoj.gov

**Trevor Chenoweth**
Assistant United States Attorney
Office of the United States Attorney, District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102
Email: Trevor.Chenoweth@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
**Jobadiah Sinclair Weeks**
Pro Se Defendant
Address on file with Pretrial Services