# EXHIBIT A

## Hardware Transaction Brokerage Model

### 1. Overview

This exhibit illustrates the structure of the cryptocurrency mining hardware transactions referenced in the financial analysis associated with Mr. Weeks. The purpose of this exhibit is to clarify the distinction between the total transaction value of mining equipment purchases and the brokerage margin retained by an intermediary facilitating those transactions.

The available record indicates that certain transactions involving the acquisition of cryptocurrency mining hardware were structured through intermediary brokerage activity. In this structure, Mr. Weeks acted as a broker facilitating the purchase of mining equipment between the BCN and third-party suppliers, including Bitfury.

The structure described in this exhibit reflects statements recorded in the April 19, 2019 IRS-CI interview notes. Those notes state that BitClub would transmit funds to me for the purchase of mining hardware, that I would retain approximately a three percent "commission," and that the remaining funds would be forwarded to the hardware supplier. In practical terms, this functioned as a brokerage margin associated with facilitating the equipment purchase, with the majority of the funds being passed through to the hardware vendor rather than retained by me.[28]

### 2. General Transaction Structure

The brokerage structure described in the investigative materials may be summarized as follows:

1. BCN transferred cryptocurrency for the purpose of purchasing mining hardware.

2. An intermediary arranged the purchase of equipment from a hardware vendor.

3. The vendor received payment for the mining hardware supplied.

4. The intermediary retained a brokerage margin associated with facilitating the hardware purchase transaction.

---

[28] IRS-CI Interview Notes of Jobadiah Sinclair Weeks, Apr. 19, 2019 (Ritz interview), Bates No. USA_19877_04006423 (noting that "Bitclub would pay Joby, Joby would then take out a 3% commission, and would send the rest of the money to Bitfury").

Under this structure, the intermediary does not retain the full value of the transferred cryptocurrency, but instead retains only a percentage-based commission associated with facilitating the purchase.

## 3. Illustrative Transaction Flow

The following simplified illustration demonstrates the structure of a typical hardware brokerage transaction.

| Transaction Step | Amount (Illustrative) |
|---|---|
| Cryptocurrency transferred by BCN for equipment purchase | 100 units |
| Payment to hardware vendor for mining equipment | 97 units |
| Brokerage margin retained by intermediary | 3 units |

Under this model, the intermediary's compensation represents a small percentage of the total transaction value.

## 4. Relationship Between Brokerage Margin and Underlying Transaction Volume

Where brokerage margins are calculated as a percentage of the underlying transaction value, the commission revenue represents only a fraction of the total transaction volume.

For example:

| Item | Amount |
|---|---|
| Total brokerage margin referenced in financial analysis | $11.09 million |
| Approximate commission rate | ~3% |
| Corresponding underlying hardware transaction volume | ≈ $369 million |

The relationship between these figures follows the standard formula used in percentage-based brokerage arrangements:

$$\text{Brokerage Margin} = \text{Transaction Value} \times \text{Margin Rate}$$

Accordingly:

$$\text{Transaction Value} = \text{Commission Revenue} \div \text{Commission Rate}$$

Applying this formula:

$$\$11,090,000 \div 0.03 \approx \$369,700,000$$

Thus, commissions of approximately $11.09 million would correspond to hardware transactions totaling approximately $369 million under a three-percent brokerage model.

## 5. Distinction Between Transaction Volume and Income

In brokerage-based financial structures, the total value of transactions processed through an intermediary may significantly exceed the intermediary's actual compensation. Large transaction flows therefore do not necessarily reflect income retained by the intermediary.

In many brokerage arrangements, the intermediary temporarily receives funds for the limited purpose of completing a purchase transaction and then forwards the majority of those funds to the vendor supplying the equipment or service. Under such structures, the intermediary's income consists only of the brokerage margin retained for facilitating the transaction.

Accordingly, cryptocurrency transfers associated with mining hardware purchases may represent the value of equipment acquisitions rather than income received by the intermediary facilitating those transactions.

## 6. Purpose of This Exhibit

This exhibit is provided solely to illustrate the relationship between percentage-based brokerage margin and the underlying transaction value of equipment purchases, and to assist the Court in understanding how such brokerage structures operate in financial transactions involving mining hardware.

The illustration demonstrates that commission-based compensation represents only a small portion of the overall transaction value associated with the acquisition of mining equipment.

# EXHIBIT B

## Summary of Income Components Referenced in Government Financial Analysis

### 1. Overview

This exhibit summarizes the principal income components referenced in the government's financial analysis relating to Mr. Weeks. The purpose of this summary is to distinguish the different categories of income appearing in the government's reconstruction and to illustrate the relative contribution of each category to the total income attributed to Mr. Weeks.

The financial reconstruction referenced in the Presentence Report attributes approximately $18.4 million in total income to Mr. Weeks during the period 2015 through 2018.

### 2. Summary of Income Categories

Based on the government financial materials referenced in the investigative record, the income attributed to Mr. Weeks appears to consist of several distinct components:

| Income Category | Approximate Amount |
| --- | --- |
| Hardware brokerage margin | $11.09 million |
| Bitfury stock compensation | $3.10 million |
| Mining-related withdrawals and other BCN-related income | ≈ $4.20 million |
| | |
| Total reconstructed income | ≈ $18.39 million |

These figures reflect the approximate distribution of income categories referenced in the government's financial reconstruction.

## 3. Relative Contribution of Each Income Component

The approximate proportion of each category relative to the total reconstructed income is as follows:

| Income Component | Percentage of Total |
|---|---|
| Hardware brokerage margin | ≈ 60% |
| Bitfury stock compensation | ≈ 17% |
| Other BCN-related income | ≈ 23% |

This breakdown indicates that the majority of the income attributed to Mr. Weeks arises from brokerage activity associated with cryptocurrency mining hardware transactions.

## 4. Concentration of Income by Year

The government's financial reconstruction also reflects a significant concentration of the alleged income in a single year.

| Year | Approximate Income |
|---|---|
| 2015 | $26,000 |
| 2016 | $817,000 |
| 2017 | $15,470,000 |
| 2018 | $2,070,000 |
| | |
| Total | ≈ $18,383,000 |

This distribution indicates that more than eighty percent of the reconstructed income occurs in 2017, suggesting that the overall reconstruction is highly dependent on the assumptions used in reconstructing transactions for that year.

## 5. Distinction Between Income Categories

The income components summarized above reflect several distinct types of financial activity, including:

- brokerage margin associated with mining hardware transactions,
- equity compensation in the form of Bitfury stock, and
- withdrawals or other BCN-related income streams.

Because these categories involve different types of financial activity and valuation methodologies, the assumptions used in reconstructing each component may significantly influence the total income attributed in the government's analysis.

## 6. Purpose of This Exhibit

This exhibit is provided to assist the Court in understanding the different categories of income referenced in the government's financial reconstruction and the relative contribution of each category to the total income attributed to Mr. Weeks.

The summary highlights that the income attributed to Mr. Weeks consists of multiple components arising from different types of financial activity, rather than a single uniform revenue stream.

# EXHIBIT C

Illustrative Tax Calculation Based on Government Income Figures Referenced in Grand Jury Materials

**Description:** Illustrative calculation applying a uniform marginal tax rate to the reconstructed income figures referenced in the investigative materials for the period 2015–2018.

**Purpose**: To illustrate the relationship between reconstructed income figures and estimated tax effects and to demonstrate how the resulting tax-loss estimate may vary depending on the assumptions applied in the calculation.

| Year | Income Category | Amount (USD) | Share of Annual Income | Illustrative Tax Rate | Estimated Tax (USD) |
|---|---|---|---|---|---|
| 2015 | BCN commissions (BTC withdrawals) | 26,299 | 89% | 28% | 7,364 |
| | Other reported income | 3,231 | 11% | 28% | 905 |
| **2015 Total** | | **29,530** | **100%** | | **8,269** |
| 2016 | Hardware brokerage margin (equipment transactions) | 606,85 | 74% | 28% | 169,918 |
| | BCN commissions (BTC) | 185,193 | 23% | 28% | 51,854 |
| | Mining income | 111 | <1% | 28% | 31 |
| | Other income | 2,300 | <1% | 28% | 644 |
| **2016 Total** | | **819,719** | **100%** | | **222,447** |
| 2017 | Hardware brokerage margin (equipment transactions) | 9,930,584 | 64% | 28% | 2,780,563 |
| | Bitfury stock compensation | 3,102,364 | 20% | 28% | 868,662 |
| | Mining income | 788,154 | 5% | 28% | 220,683 |
| | BCN commissions (BTC) | 1,458,341 | 9% | 28% | 408,335 |
| | Pay-It-Forward deposits | 68,615 | <1% | 28% | 19,212 |
| **2017 Total** | | **15,477,357** | **100%** | | **4,297,455** |
| 2018 | Hardware brokerage margin (equipment transactions) | 553,718 | 27% | 28% | 155,041 |
| | BCN commissions (BTC) | 1,211,643 | 58% | 28% | 339,26 |
| | Mining income | 308,707 | 15% | 28% | 86,438 |
| **2018 Total** | | **2,073,603** | **100%** | | **580,739** |
| | | | | | |

Updated Year Summary Table

| Year | Total Income (USD) | Share of Total Income | Illustrative Tax (28% Marginal Rate Example) |
|---|---|---|---|
| 2015 | 29,530 | 0.16% | 8,269 |
| 2016 | 819,719 | 4.45% | 222,447 |
| **2017** | **15,477,357** | **84.1%** | **4,297,455** |
| 2018 | 2,073,603 | 11.3% | 580,739 |
| | | | |
| Total | **18,400,209** | 100% | **5,108,910** |

Summary of Illustrative Calculation

| Item | Amount (USD) |
|---|---|
| Total reconstructed income (2015–2018) | $18,400,209 |
| Illustrative Tax (28% Marginal Rate Example) | $5,152,910 |
| Tax loss referenced in investigative report | ≈ $7,200,000 |

# EXHIBIT D

## Illustrative Allocation of Mining Infrastructure Costs (2016–2018)

### 1. Overview

This exhibit provides an illustrative financial model showing how funds allocated to cryptocurrency mining operations could reasonably be distributed across major operational cost categories during the 2016–2018 period.

The indictment references approximately $722 million in total investor inflows to the BitClub Network ("BCN"). Internal communications referenced in the charging documents indicate that approximately 40% of investor funds were allocated to mining operations, with the remainder associated with commissions and other network distributions.

This exhibit applies a conservative operational model to illustrate how that mining allocation could reasonably be absorbed by the core cost components required to operate industrial-scale cryptocurrency mining infrastructure.

### 2. Mining Allocation Derived from Indictment Figures

| Description | Amount |
| --- | --- |
| Total investor inflows referenced in indictment | $722,000,000 |
| Allocation to mining operations (≈40%) | $288,800,000 |

**Estimated mining allocation: ≈ $289 million**

### 3. Typical Cost Structure of Industrial Mining Operations (2016–2018)

Large-scale cryptocurrency mining operations during the 2016–2018 period typically involved several major cost categories:

| Cost Category | Typical Share of Mining Budget |
|---|---|
| Mining hardware purchases | 35–50% |
| Electricity consumption | 25–40% |
| Hosting facilities / infrastructure | 10–15% |
| Maintenance, cooling, and operations | 5–10% |

For purposes of this illustrative model, the following conservative allocation is applied:

| Category | Allocation |
|---|---|
| Hardware | 45% |
| Electricity | 35% |
| Other operating costs | 20% |

## 4. Allocation of the Mining Budget

Applying the above distribution to the estimated $288.8 million mining allocation produces the following illustrative breakdown.

| Category | Estimated Amount |
|---|---|
| Mining hardware purchases | $129,960,000 |
| Electricity costs | $101,080,000 |
| Facilities, maintenance, and operations | $57,760,000 |
| **Total mining allocation** | **$288,800,000** |

## 5. Illustrative Annual Mining Cost Profile (2016–2018)

If distributed across the approximate operational period referenced in the record (three years), the mining infrastructure spending would correspond to the following approximate annual expenditures.

| Category | Annual Amount |
|---|---|
| Hardware investment | ≈ $43,000,000 |
| Electricity | ≈ $34,000,000 |
| Facilities / operations | ≈ $19,000,000 |
| **Total annual mining costs** | **≈ $96,000,000** |

## 6. Electricity Consumption Implied by the Model

An electricity allocation of approximately $34 million per year implies significant industrial mining capacity.

Assuming an average industrial electricity price of approximately $0.04 per kWh, annual electricity consumption would be approximately:

**≈ 842,000,000 kWh per year**

This corresponds to an approximate continuous electrical load of:

**≈ 96 megawatts (MW)**

## 7. Illustrative Mining Infrastructure Scale

Using typical mining hardware power consumption during the relevant period (approximately 1.35 kW per machine), a 96 MW mining operation would correspond to approximately:

≈ 71,000 mining machines

Illustrative distribution across multiple hosting locations:

| Location | Estimated Machines |
|---|---|
| Iceland facility | ~28,000 |
| Georgia facility | ~28,000 |
| Additional hosting location(s) | ~15,000 |
| **Total estimated machines** | **≈ 71,000** |

## 8. Purpose of This Exhibit

This exhibit is intended to illustrate how large aggregate financial flows referenced in connection with the broader BCN enterprise could reasonably be absorbed by the substantial capital expenditures and operational costs associated with industrial-scale cryptocurrency mining infrastructure.

The model demonstrates that significant portions of network funds could be attributable to:

- mining hardware acquisition
- electricity consumption
- hosting infrastructure
- operational and maintenance costs

rather than representing income retained by individual participants.

This exhibit is provided solely to assist the Court in understanding the financial scale and operational cost structure associated with cryptocurrency mining operations during the relevant period.