**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I caused a true and correct copy of the foregoing Written Objections to the Presentence Investigation Report to be served via electronic mail upon the following:

- Counsel for the United States, including Assistant United States Attorneys Robert Frazer Moore and Trevor Chenoweth; and

- Kelly A. Maciel, U.S. Probation Officer.

Service is made in accordance with Fed. R. Crim. P. 49(b).

/s/ Jobadiah Sinclair Weeks
 Jobadiah Sinclair Weeks
 Defendant, Pro Se

Dated: March 19, 2026

Signed by:

*Joby Weeks*

87866A420DB4490...