**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2026, I caused a true and correct copy of the foregoing my Motion to Continue Sentencing and for Related Relief Pending Resolution of Questions Concerning the Authority of the United States Attorney's Office to be served via electronic mail upon counsel for the United States, including Assistant United States Attorneys Robert Frazer Moore and Trevor Chenoweth.

Service is made in accordance with Federal Rule of Criminal Procedure 49(b).

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se

Dated: March 20, 2026

Signed by:
*Joby Weeks*
87866A420DB4490...