CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I caused a true and correct copy of the foregoing Notice and Request Regarding Incomplete Record and Availability of Plea Colloquy Transcript to be filed with the Clerk of the Court was served via electronic mail upon the following Assistant United States Attorneys:

    Robert Frazer Moore
    Assistant United States Attorney
    Office of the United States Attorney, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: Robert.Moore3@usdoj.gov

    Trevor Chenoweth
    Assistant United States Attorney
    Office of the United States Attorney, District of New Jersey
    970 Broad Street, 7th Floor
    Newark, NJ 07102
    Email: Trevor.Chenoweth@usdoj.gov

Service was made in accordance with Fed. R. Crim. P. 49(b) and Local Criminal Rule 49.1 via electronic mail, with acknowledgment requested.

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks Defendant
Pro Se
[Address on file with Pretrial Services]
Email: silenceweeks1@gmail.com
Dated: March 26, 2026

Signed by:
Joby Weeks
87866A420DB4490...