CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I caused a true and correct copy of the foregoing Defendant's Supplemental Submission Regarding Plea Colloquy and Record-Based Deficiencies to be served by U.S. Mail upon the following counsel for the United States:

> Assistant United States Attorney
> Jonathan F. Moore
> Office of the United States Attorney
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102
>
> Assistant United States Attorney
> Trevor Chenoweth
> Office of the United States Attorney
> 970 Broad Street, Suite 700
> Newark, New Jersey 07102

Respectfully submitted,

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se

Dated: March 31, 2026

Signed by:

*Joby Weeks*

87866A420DB4490...