CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2026, I caused a true and correct copy of the foregoing *Defendant's Response to Government Letter Requesting Sentencing Date* to be served via electronic mail upon counsel for the United States, including Assistant United States Attorneys Robert Frazer Moore and Trevor Chenoweth.

Service is made in accordance with Federal Rule of Criminal Procedure 49(b).

/s/ Jobadiah Sinclair Weeks
Jobadiah Sinclair Weeks
Defendant, Pro Se

Dated: April 1, 2026

Signed by:

Joby Weeks

87866A420DB4490...